# EXHIBIT C

## Complaint Filed Under Seal

APPEAL,CASREF,JRG2,JURY,MEDIATION,PROTECTIVE-ORDER

## U.S. District Court [LIVE]
## Eastern District of TEXAS (Marshall)
## CIVIL DOCKET FOR CASE #: 2:12-cv-00572-JRG

Archer and White Sales, Inc. v. Henry Schein, Inc. et al
Assigned to: Judge Rodney Gilstrap
Cause: 15:1 Antitrust Litigation

Date Filed: 08/31/2012
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Mediator**

**Francis McGovern**
Room 4182
210 Science Drive
Box 90362
Durham, NC 27708
*mcgovern@law.duke.edu*

**Plaintiff**

**Archer and White Sales, Inc.**                represented by   **Charles E. Fowler , Jr.**
McKool Smith PC - Dallas
300 Crescent Court
Suite 1500
Dallas, TX 75201
214-978-6361
Fax: 214-978-4044
Email: cfowler@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Gary Cruciani**
McKool Smith PC - Dallas
300 Crescent Court
Suite 1500
Dallas, TX 75201
(214)978-4009
Fax: 214-978-4044
Email: gcruciani@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**J Wiley George**
Andrew Kurth LLP - Houston
600 Travis, Suite 4200
Houston, TX 77002
713/220-4200
Fax: 17132204285
Email:

wileygeorge@andrewskurth.com
*TERMINATED: 05/03/2017*

**Jerry Lynn Beane**
Andrews & Kurth
1717 Main St
Suite 3700
Dallas, TX 75201
214/659-4400
Fax: 2146594401
Email: jerrybeane@andrewskurth.com
*TERMINATED: 01/06/2017*

**John Ross Seward**
Andrews Kurth Kenyon LLP - DC
1350 I Street, NW, Suite 1100
Washington, DC 20005
202-662-3043
Fax: 202-662-2739
Email: johnseward@andrewskurth.com
*TERMINATED: 05/03/2017*

**Kay Lynn Brumbaugh**
GIACT Systems, LLC
700 Central Expy South
Suite 300
Allen, TX 75013
214-644-0450
Email: kaylynn.brumbaugh@giact.com
*TERMINATED: 05/03/2017*

**Lewis T LeClair**
McKool Smith PC - Dallas
300 Crescent Court
Suite 1500
Dallas, TX 75201
214/978-4984
Fax: 12149784044
Email: lleclair@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Phillip M Aurentz**
McKool Smith PC - Dallas
300 Crescent Court
Suite 1500
Dallas, TX 75201
214-978-4206
Fax: 214-978-4044

Email: paurentz@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Samuel Franklin Baxter**
McKool Smith - Marshall
P O Box O
104 East Houston St., Suite 300
Marshall, TX 75670
903/923-9000
Fax: 903-923-9099
Email: sbaxter@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Travis Edward DeArman**
McKool Smith PC - Dallas
300 Crescent Court
Suite 1500
Dallas, TX 75201
214-978-4907
Fax: 214-978-4044
Email: tdearman@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Henry Schein, Inc.**                represented by   **Alan Richard Kusinitz**
Proskauer - NY
Eleven Times Square
New York, NY 10036-8299
212/969-3567
Fax: 212/969-2900
Email: akusinitz@proskauer.com
*TERMINATED: 11/08/2016*
*LEAD ATTORNEY*

**Helene Debra Jaffe**
Proskauer - NY
Eleven Times Square
New York, NY 10036-8299
212/969-3305
Fax: 212/969-2900
Email: hjaffe@proskauer.com
*TERMINATED: 11/08/2016*
*LEAD ATTORNEY*

**Paul Featherstone Schuster**
Locke Lord LLP

2200 Ross Ave
Suite 2800
Dallas, TX 75201-2750
214-740-8536
Fax: 214-740-8800
Email: pschuster@lockelord.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adrian Fontecilla**
Proskauer Rose, LLP - DC
1001 Pennsylvania Avenue NW
Washington, DC 20016
202-416-5863
Fax: 202-416-6899
Email: afontecilla@proskauer.com
*ATTORNEY TO BE NOTICED*

**Andrew Martin Buttaro**
Locke Lord LLP - Dallas
2200 Ross Ave, Suite 2800
Dallas, TX 75201-6776
214.740.8511
Fax: 214.746.8102
Email: andrew.buttaro@lockelord.com
*ATTORNEY TO BE NOTICED*

**Barack S Echols**
Kirkland & Ellis LLP - Chicago
300 North LaSalle Street
Suite2400
Chicago, IL 60654
312/862-2000
Fax: 312/862-2200
Email: barack.echols@kirkland.com
*ATTORNEY TO BE NOTICED*

**Christopher Ondeck**
Proskauer Rose, LLP - DC
1001 Pennsylvania Avenue NW
Washington, DC 20016
202-416-5865
Email: condeck@proskauer.com
*ATTORNEY TO BE NOTICED*

**Colin R. Kass**
Proskauer Rose, LLP - DC
1001 Pennsylvania Avenue NW

Washington, DC 20016
202.416.6890
Fax: 202.416.6899
Email: ckass@proskauer.com
*ATTORNEY TO BE NOTICED*

**J Andrew Langan**
Kirkland & Ellis LLP - Chicago
200 East Randolph Drive
54th Floor
Chicago, Il 60601
312-862-2000
Fax: 312-862-2200
Email: andrew.langan@kirkland.com
*ATTORNEY TO BE NOTICED*

**John Patrick McDonald**
Locke Lord LLP
2200 Ross Ave
Suite 2800
Dallas, TX 75201
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
Fax: 214-756-8758
Email: jpmcdonald@lockelord.com
*ATTORNEY TO BE NOTICED*

**Lauren Morgan Fincher**
Locke Lord LLP Austin
600 Congress Ave
Suite 2200
Austin, TX 78701
512-305-4700
Fax: 512-305-4800
Email: lfincher@lockelord.com
*ATTORNEY TO BE NOTICED*

**Layne Edwin Kruse**
Norton Rose Fulbright US LLP - Houston
1301 McKinney, Suite 5100
Houston, TX 77010-3095
713/651-5194
Fax: 17136515246
Email: layne.kruse@nortonrosefulbright.com
*ATTORNEY TO BE NOTICED*

**Matthew Kyle Hansen**

Locke Lord LLP - Dallas
2200 Ross Ave, Suite 2800
Dallas, TX 75201-6776
214-740-8496
Fax: 214-756-8496
Email: mkhansen@lockelord.com
*ATTORNEY TO BE NOTICED*

**Richard C Godfrey**
Kirkland & Ellis LLP - Chicago
300 North LaSalle Street
Suite2400
Chicago, IL 60654
312/862-2000
Fax: 312/862-2200
Email: richard.godfrey@kirkland.com
*ATTORNEY TO BE NOTICED*

**Stephen Chuk**
Proskauer Rose, LLP - DC
1001 Pennsylvania Avenue NW
Washington, DC 20016
202-416-6697
Fax: 202-416-6899
Email: schuk@proskauer.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Danaher Corporation**                     represented by **Steven R Kuney**
Williams & Connolly - Washington
725 12th St NW
Washington, DC 20005-5901
202.434.5000
Fax: 202.434.5029
Email: skuney@wc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Christopher Govett**
Norton Rose Fulbright US LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
214/855-8118
Fax: 12148558200
Email:
brett.govett@nortonrosefulbright.com

*ATTORNEY TO BE NOTICED*

**James H Weingarten**
Williams & Connolly - Washington
725 12th St NW
Washington, DC 20005-5901
202/434-5000
Fax: 202/434-5029
Email: jweingarten@wc.com
*TERMINATED: 01/09/2017*

**Jonathan B Pitt**
Williams & Connolly - Washington
725 12th St NW
Washington, DC 20005-5901
202/434-5000
Fax: 202/434-5029
Email: jpitt@wc.com
*ATTORNEY TO BE NOTICED*

**Katherine Partain Lett**
Norton Rose Fulbright US LLP
2200 Ross Avenue
Suite 3600
Dallas, TX 75201
214/855-8000
Fax: 12148558200
Email:
katherine.lett@nortonrosefulbright.com
*ATTORNEY TO BE NOTICED*

**Layne Edwin Kruse**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Liam Montgomery**
Williams & Connolly - Washington
725 Twelfth Street, N. W.
Washington, DC 20005-5901
202-434-5030
Fax: 202-434-5029
Email: lmontgomery@wc.com
*ATTORNEY TO BE NOTICED*

**Matthew Kyle Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

Matthew C. Monahan
Williams & Connolly LLP -
Washington
725 Twelfth Street, N. W.
Washington, DC 20005-5901
202.434.5000
Fax: 202.434.5029
Email: mmonahan@wc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Instrumentarium Dental Inc.**                represented by   **Steven R Kuney**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Christopher Govett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James H Weingarten**
(See above for address)
*TERMINATED: 01/09/2017*

**Jonathan B Pitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine Partain Lett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Layne Edwin Kruse**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Liam Montgomery**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Kyle Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Monahan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dental Equipment LLC**                     represented by   **Steven R Kuney**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Christopher Govett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James H Weingarten**
(See above for address)
*TERMINATED: 01/09/2017*

**Jonathan B Pitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine Partain Lett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Layne Edwin Kruse**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Liam Montgomery**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Kyle Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Monahan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**KaVo Dental Technologies, LLC**          represented by   **Steven R Kuney**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Christopher Govett**
(See above for address)

*ATTORNEY TO BE NOTICED*

**James H Weingarten**
(See above for address)
*TERMINATED: 01/09/2017*

**Jonathan B Pitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine Partain Lett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Layne Edwin Kruse**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Liam Montgomery**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Kyle Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Monahan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dental Imaging Technologies,**              represented by   **Steven R Kuney**
**Corporation**                                                (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

**Brett Christopher Govett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James H Weingarten**
(See above for address)
*TERMINATED: 01/09/2017*

**Jonathan B Pitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine Partain Lett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Layne Edwin Kruse**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Liam Montgomery**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Kyle Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew C. Monahan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Patterson Companies, Inc.**                represented by   **James J. Long**
Briggs and Morgan, P.A.
80 South Eighth Street
Suite 2200
Minneapolis, MN 55402
612-977-8582
Fax: 612-977-8650
Email: jlong@briggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clyde Moody Siebman**
Siebman Burg Phillips & Smith LLP
300 N Travis St
Sherman, TX 75090-0070
903/870-0070
Fax: 903-870-0066
Email: clydesiebman@siebman.com
*ATTORNEY TO BE NOTICED*

**Jay W. Schlosser**
Briggs and Morgan, P.A.
2200 IDS Center, 80 South Eighth
Street
Minneapolis, MN 55402
612-977-8539

Fax: 612-977-8650
Email: jschlosser@briggs.com
*ATTORNEY TO BE NOTICED*

**Mark G. Schroeder**
Briggs and Morgan, P.A.
80 South Eighth Street
Suite 2200
Minneapolis, MN 55402
612-977-8450
Fax: 612-977-8650
Email: mschroeder@briggs.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott M. Flaherty**
Briggs and Morgan, P.A.
2200 IDS Center, 80 South Eighth
Street
Minneapolis, MN 55402
612.977.8745
Fax: 612.977.8650
Email: sflaherty@briggs.com
*ATTORNEY TO BE NOTICED*

**Stephanie Rene' Barnes**
Siebman, Burg, Phillips & Smith LLP -
Plano
4949 Hedgcoxe Road
Suite 230
Plano, TX 75024
214-387-9100
Fax: 214-387-9125
Email: stephaniebarnes@siebman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Benco Dental Supply Co.**            represented by   **Howard D Scher**
Buchanan Ingersoll & Rooney, PC -
Philadelphia
50 S 16th Street
Suite 3200
Philadelphia, PA 19102
215/665-3920
Fax: 215/665-8760
Email: howard.scher@bipc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claire Abernathy Henry**
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323
Email: claire@wsfirm.com
*ATTORNEY TO BE NOTICED*

**David Andrew Schumacher**
Buchanan Ingersoll & Rooney, PC -
Philadelphia
50 S 16th Street
Suite 3200
Philadelphia, PA 19102
215/665-3854
Fax: 215/665-8760
Email: david.schumacher@bipc.com
*ATTORNEY TO BE NOTICED*

**Kenneth L Racowski**
Buchanan Ingersoll & Rooney, PC -
Philadelphia
50 S 16th Street
Suite 3200
Philadelphia, PA 19102
215/665-8700
Fax: 215/665-8760
Email: kenneth.racowski@bipc.com
*ATTORNEY TO BE NOTICED*

**Thomas Manning**
Buchanan Ingersoll & Rooney, PC -
Philadelphia
50 S 16th Street
Suite 3200
Philadelphia, PA 19102
215-665-3847
Fax: 215-665-8760
Email: thomas.manning@bipc.com
*ATTORNEY TO BE NOTICED*

**Thomas John Ward**
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400

Fax: 903-757-2323
Email: tjw@wsfirm.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2012 | 1 | COMPLAINT against All Defendants ( Filing fee $ 350 receipt number 0540-3760981.), filed by Archer and White Sales, Inc.. (Attachments: # 1 Civil Cover Sheet)(Beane, Jerry) (Entered: 08/31/2012) |
| 09/04/2012 | | Judge Rodney Gilstrap and Magistrate Judge Roy S Payne added. (ehs, ) (Entered: 09/04/2012) |
| 09/04/2012 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice of Consent to Proceed Before Magistrate Judge*. (ehs, ) (Entered: 09/04/2012) |
| 09/04/2012 | 2 | SUMMONS Issued as to Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Henry Schein, Inc., Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments: # 1 A&W Instrumentarium, # 2 A&W KaVo, # 3 A&W Schein, # 4 A&W Danaher, # 5 A&W Dental Equip)(ehs, ) (Entered: 09/04/2012) |
| 09/04/2012 | 3 | NOTICE of Attorney Appearance by Kay Lynn Brumbaugh on behalf of Archer and White Sales, Inc. (Brumbaugh, Kay Lynn) (Entered: 09/04/2012) |
| 09/07/2012 | 4 | SUMMONS REISSUED as to Henry Schein, Inc.. (ehs, ) (Entered: 09/07/2012) |
| 09/10/2012 | 5 | **ORDER VACATED PER ORDER 61**<br><br>ORDER REFERRING CASE for pretrial proceedings to Magistrate Judge Roy S Payne. Signed by Judge Rodney Gilstrap on 9/10/12. (ehs, ) Modified on 11/9/2016 (nkl, ). (Entered: 09/10/2012) |
| 09/13/2012 | 6 | ***FILED IN ERROR, PLEASE IGNORE*** NOTICE by Archer and White Sales, Inc. re 2 Summons Issued, *[Affidavit of Service - Proof of Service on Dental Imaging Technologies, Corporation d/b/a Gendex Corp.]* (Brumbaugh, Kay Lynn) Modified on 9/13/2012 (sm, ). (Entered: 09/13/2012) |
| 09/13/2012 | 7 | ***FILED IN ERROR, PELASE IGNORE***NOTICE by Archer and White Sales, Inc. re 2 Summons Issued, *[Affidavit of Service - Proof of Service* |

| | | |
|---|---|---|
| | | *on Danaher Corporation]* (Brumbaugh, Kay Lynn) Modified on 9/13/2012 (sm, ). (Entered: 09/13/2012) |
| 09/13/2012 | | ***FILED IN ERROR, ATTY MUST SUBMIT ORIG TO COURT FOR FILING. Document # 6 and 7, Notices. PLEASE IGNORE.*** (sm, ) (Entered: 09/13/2012) |
| 09/18/2012 | 8 | SUMMONS Returned Executed by Archer and White Sales, Inc.. Danaher Corporation served on 9/6/2012, answer due 9/27/2012; Dental Equipment LLC served on 9/7/2012, answer due 9/28/2012; Dental Imaging Technologies, Corporation served on 9/5/2012, answer due 9/26/2012; Henry Schein, Inc. served on 9/10/2012, answer due 10/1/2012; Instrumentarium Dental Inc. served on 9/10/2012, answer due 10/1/2012. (Attachments: # 1 Danaher, # 2 Dental Equipment, # 3 Instrumentarium Dental, # 4 Henry Schein Inc)(ehs, ) (Entered: 09/18/2012) |
| 09/24/2012 | 9 | SUMMONS REISSUED as to KaVo Dental Technologies, LLC. (ehs, ) (Main Document 9 replaced on 9/26/2012) (ehs, ). (Entered: 09/24/2012) |
| 09/26/2012 | | NOTICE that document #9 for reissued summons has been replaced with the correct document (ehs, ) (Entered: 09/26/2012) |
| 09/26/2012 | 10 | MOTION to Compel *Arbitration and Stay All Proceedings* by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments: # 1 Exhibit Declaration of James Weingarten, # 2 Exhibit Ex. A to Declaration, # 3 Exhibit Ex. B to Declaration, # 4 Text of Proposed Order Proposed Order)(Kruse, Layne) (Attachment 4 (Proposed Order) replaced on 9/27/2012) (sm, ). Modified on 9/27/2012 (sm, ). (Entered: 09/26/2012) |
| 09/26/2012 | 11 | Unopposed MOTION to Stay *of Deadlines* by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments: # 1 Exhibit Proposed Order)(Kruse, Layne) (Additional attachment(s) added on 9/27/2012: # 2 REVISED PROPOSED ORDER) (sm, ). (Entered: 09/26/2012) |
| 09/26/2012 | 12 | NOTICE of Attorney Appearance by Layne Edwin Kruse on behalf of Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC (Kruse, Layne) (Entered: 09/26/2012) |
| 09/26/2012 | 13 | NOTICE of Attorney Appearance - Pro Hac Vice by James H Weingarten on behalf of Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. Filing fee $ 100, receipt number 0540-3801008. |

| | | (Weingarten, James) (Entered: 09/26/2012) |
|---|---|---|
| 10/01/2012 | 14 | MOTION to Compel *Plaintiff to Arbitrate and to Stay Proceedings* by Henry Schein, Inc.. (Attachments: # 1 Text of Proposed Order)(Schuster, Paul) (Entered: 10/01/2012) |
| 10/01/2012 | 15 | Unopposed MOTION to Stay *Defendant Henry Schein, Inc.'s Unopposed Motion For Stay of Deadlines* by Henry Schein, Inc.. (Attachments: # 1 Text of Proposed Order)(Schuster, Paul) (Entered: 10/01/2012) |
| 10/02/2012 | 16 | ORDER granting 11 Motion to Stay deadlines. Signed by Magistrate Judge Roy S Payne on 10/1/12. (ehs, ) (Entered: 10/02/2012) |
| 10/03/2012 | 17 | NOTICE of Attorney Appearance - Pro Hac Vice by Alan Richard Kusinitz on behalf of Henry Schein, Inc.. Filing fee $ 100, receipt number 0540-3811974. (Kusinitz, Alan) (Entered: 10/03/2012) |
| 10/03/2012 | 18 | NOTICE of Attorney Appearance - Pro Hac Vice by Jonathan B Pitt on behalf of Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. Filing fee $ 100, receipt number TXE100004719. (Pitt, Jonathan) Modified on 10/4/2012 (pkb, ). (Entered: 10/03/2012) |
| 10/03/2012 | 19 | NOTICE of Attorney Appearance - Pro Hac Vice by Helene Debra Jaffe on behalf of Henry Schein, Inc.. Filing fee $ 100, receipt number 0540-3812781. (Jaffe, Helene) (Entered: 10/03/2012) |
| 10/11/2012 | 20 | ORDER finding as moot 15 Motion to Stay. The Court finds that this motion is moot in light of the stay granted by Order 16 . Signed by Magistrate Judge Roy S Payne on 10/11/2012. (rsp1) (Entered: 10/11/2012) |
| 10/12/2012 | 21 | RESPONSE in Opposition re 10 MOTION to Compel *Arbitration and Stay All Proceedings [Plaintiff Archer and White Sales, Inc.'s Response in Opposition to Manufacturer Defendants' Motion to Compel Arbitration and Stay All Proceedings] filed by Archer and White Sales, Inc.*. (Attachments: # 1 Affidavit Declaration of Kay Lynn Brumbaugh, # 2 Exhibit 1 to Declaration, # 3 Exhibit 2 to Declaration)(Beane, Jerry) (Entered: 10/12/2012) |
| 10/16/2012 | 22 | RESPONSE in Opposition re 14 MOTION to Compel *Plaintiff to Arbitrate and to Stay Proceedings [Plaintiff Archer and White Sales, Inc.'s Response in Opposition to Defendant Henry Schein, Inc.'s Motion to Compel Plaintiff to Arbitrate and to Stay All Proceedings] filed by Archer and White Sales, Inc.*. (Beane, Jerry) (Entered: 10/16/2012) |
| 10/22/2012 | 23 | ***DEFICIENT DOCUMENT, PLEASE IGNORE.***Joint MOTION for Leave to File Excess Pages *for Reply and Sur-Reply Briefs* by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Kruse, Layne) Modified on 10/22/2012 (sm, ). (Entered: 10/22/2012) |
| 10/22/2012 | 24 | REPLY to Response to Motion re 10 MOTION to Compel *Arbitration and* |

| | | |
|---|---|---|
| | | *Stay All Proceedings filed by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC.* (Attachments:<br># 1 Exhibit C,<br># 2 Exhibit D,<br># 3 Exhibit E,<br># 4 Exhibit F,<br># 5 Exhibit G)(Kruse, Layne) (Entered: 10/22/2012) |
| 10/22/2012 | | NOTICE of DEFICIENCY regarding the #23 Joint Motion submitted by Dental Equipment LLC, Dental Imaging Technologies, Corporation. No certificate of conference was included and no proposed order attached. Correction should be made by 1 business day and refiled. Motion now TERMINATED. (sm, ) (Entered: 10/22/2012) |
| 10/22/2012 | 25 | Joint MOTION for Leave to File Excess Pages *for Reply and Sur-Reply Briefs* by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments:<br># 1 Text of Proposed Order)(Kruse, Layne) (Entered: 10/22/2012) |
| 10/23/2012 | 26 | NOTICE by Archer and White Sales, Inc. *[Plaintiff's Notice Pursuant to Court's Standing Order Regarding Readiness for Status Conference]* (Beane, Jerry) (Entered: 10/23/2012) |
| 10/24/2012 | 27 | ORDER granting 25 Motion for Leave to File Excess Pages. Signed by Magistrate Judge Roy S Payne on 10/24/2012. (sm, ) (Entered: 10/24/2012) |
| 10/24/2012 | 28 | SUMMONS Returned Executed by Archer and White Sales, Inc.. KaVo Dental Technologies, LLC served on 9/28/2012, answer due 10/19/2012. (ehs, ) (Entered: 10/24/2012) |
| 10/24/2012 | 29 | Joint MOTION to Stay *All Deadlines For Additional Thirty Days* by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments:<br># 1 Text of Proposed Order)(Kruse, Layne) (Entered: 10/24/2012) |
| 10/25/2012 | 30 | RESPONSE in Opposition re 29 Joint MOTION to Stay *All Deadlines For Additional Thirty Days [Plaintiff Archer and White Sales, Inc.'s Response in Opposition to Defendants' Joint Motion for Extension of Stay of Deadlines]* filed by Archer and White Sales, Inc.. (Beane, Jerry) (Entered: 10/25/2012) |
| 10/26/2012 | 31 | REPLY to Response to Motion re 14 MOTION to Compel *Plaintiff to Arbitrate and to Stay Proceedings filed by Henry Schein, Inc..* (Schuster, Paul) (Entered: 10/26/2012) |
| 10/26/2012 | 32 | Joint MOTION for Leave to File Excess Pages *Joint Motion For Extension of Page Limits For Reply and Sur-Reply Briefs* by Henry Schein, Inc.. (Attachments:<br># 1 Text of Proposed Order)(Schuster, Paul) (Entered: 10/26/2012) |
| | | |

| 10/29/2012 | 33 | SUR-REPLY to Reply to Response to Motion re 10 MOTION to Compel *Arbitration and Stay All Proceedings [Plaintiff Archer and White Sales, Inc.'s Sur-Reply in Opposition to Manufacturer Defendants' Motion to Compel Arbitration and Stay All Proceedings] filed by Archer and White Sales, Inc..* (Beane, Jerry) (Entered: 10/29/2012) |
|---|---|---|
| 10/30/2012 | 34 | ***FILED IN ERROR, PLEASE IGNORE.***NOTICE by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Henry Schein, Inc., Instrumentarium Dental Inc., KaVo Dental Technologies, LLC re 26 Notice (Other) *[Defendants' Joint Response to Plaintiff's Notice]* (Weingarten, James) Modified on 10/30/2012 (sm, ). (Entered: 10/30/2012) |
| 10/30/2012 |  | ***FILED IN ERROR, WRONG EVENT USED, ATTY MUST REFILE. Document # 34, Notice. PLEASE IGNORE.***<br><br>(sm, ) (Entered: 10/30/2012) |
| 10/30/2012 | 35 | RESPONSE to 26 Notice (Other) *Defendants' Joint Response to Plaintiff's Notice* by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Henry Schein, Inc., Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Weingarten, James) (Entered: 10/30/2012) |
| 11/02/2012 | 36 | ORDER granting 32 Motion for Leave to File Excess Pages. Signed by Magistrate Judge Roy S Payne on 11/2/12. (ehs, ) (Entered: 11/02/2012) |
| 11/05/2012 | 37 | SUR-REPLY to Reply to Response to Motion re 14 MOTION to Compel *Plaintiff to Arbitrate and to Stay Proceedings [Plaintiff Archer and White Sales, Inc.'s Sur-Reply in Opposition to Defendant Henry Schein, Inc.'s Motion to Compel Arbitration and to Stay All Proceedings] filed by Archer and White Sales, Inc..* (Beane, Jerry) (Entered: 11/05/2012) |
| 01/14/2013 |  | NOTICE of Hearing: Evidentiary Hearing on 10 14 Motions to Compel Arbitration and Stay All Proceedings set for 2/12/2013 09:00 AM in Mag Ctrm (Marshall) before Magistrate Judge Roy S. Payne. Scheduling Conference set for 2/12/2013 09:00 AM in Mag Ctrm (Marshall) before Magistrate Judge Roy S. Payne. The parties are to meet and confer regarding a schedule for the case and file a Rule 26(f) report outlining the parties' proposed schedule by February 5, 2013.(jml) (Entered: 01/14/2013) |
| 01/23/2013 |  | NOTICE of Hearing: Evidentiary Hearing on 1014 Motions to Compel Arbitration and Stay All Proceedings RESET for 2/27/2013 01:30 PM in Mag Ctrm (Marshall) before Magistrate Judge Roy S. Payne. Scheduling Conference RESET for 2/27/2013 01:30 PM in Mag Ctrm (Marshall) before Magistrate Judge Roy S. Payne. The parties are to meet and confer regarding a schedule for the case and file a Rule 26(f) report outlining the parties' proposed schedule by February 20, 2013.(jml) (jml) (Entered: 01/23/2013) |
| 02/11/2013 | 38 | NOTICE of Attorney Appearance - Pro Hac Vice by Steven R Kuney on behalf of Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental |

| | | Technologies, LLC. Filing fee $ 100, receipt number 0540-3994879. (Kuney, Steven) (Entered: 02/11/2013) |
|---|---|---|
| 02/20/2013 | 39 | ***FILED IN ERROR, PLEASE IGNORE***STATUS REPORT *[Joint Status Report]* by Archer and White Sales, Inc., Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Henry Schein, Inc., Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Beane, Jerry) Modified on 2/20/2013 (sm, ). (Entered: 02/20/2013) |
| 02/20/2013 | | ***FILED IN ERROR, WRONG EVENT USED, ATTY MUST REFILE. Document # 39, Status Report. PLEASE IGNORE.*** <br><br> (sm, ) (Entered: 02/20/2013) |
| 02/20/2013 | 40 | REPORT of Rule 26(f) Planning Meeting. (Beane, Jerry) (Entered: 02/20/2013) |
| 02/28/2013 | 41 | Minute Entry for proceedings held before Magistrate Judge Roy S. Payne: Motion Hearing held on 2/28/2013 re Motions to Compel Arbitration 10 and 14 . (Court Reporter Sunbelt Reporting.) (jml) (Entered: 02/28/2013) |
| 02/28/2013 | 42 | ***FILED IN ERROR*** PER CLERK. PLEASE IGNORE. *** Minute Entry for proceedings held before Magistrate Judge Roy S. Payne: Class Certification Hearing held on 2/28/2013. (Court Reporter Shelly Holmes, CSR.) (jml) Modified on 3/5/2013 (jml, ). (Entered: 02/28/2013) |
| 03/05/2013 | | ***FILED IN ERROR PER CLERK -- FILED IN WRONG CASE. Document # 42, Minute Entry. PLEASE IGNORE.*** (jml) (Entered: 03/05/2013) |
| 03/28/2013 | 43 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of SCHEDULING CONFERENCE held on 2/27/13 before Judge Roy Payne. Court Reporter/Transcriber: Tammy L. Goolsby, CSR, Sunbelt Reporting, Telephone number: (903) 593-3213. (62 Pages) <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov** <br><br> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/22/2013. Redacted Transcript Deadline set for 5/2/2013. Release of Transcript Restriction set for 7/1/2013. (tja, ) (Entered: 03/28/2013) |
| 05/28/2013 | 44 | ORDER, granting 10 MOTION to Compel *Arbitration and Stay All Proceedings* filed by Dental Equipment LLC, KaVo Dental Technologies, LLC, Instrumentarium Dental Inc., Dental Imaging Technologies, |

| | | |
|---|---|---|
| | | Corporation, Danaher Corporation, granting 14 MOTION to Compel *Plaintiff to Arbitrate and to Stay Proceedings* filed by Henry Schein, Inc. This action is stayed pending arbitration of the claims asserted herein. All parties are directed to notify the Court when the arbitration process is complete or if it has been abandoned. Signed by Magistrate Judge Roy S. Payne on 5/28/13. (mrm, ) ***VACATED per 63 **Memorandum Opinion and Order on 12/7/2016***(jml). (Entered: 05/28/2013) |
| 06/10/2013 | 45 | MOTION for Reconsideration re 44 Order Staying Case[Plaintiff's Motion for Reconsideration of Magistrate Judge's May 28, 2013 Memorandum Order] by Archer and White Sales, Inc.. (Attachments: # 1 Text of Proposed Order)(Beane, Jerry) (Entered: 06/10/2013) |
| 06/20/2013 | 46 | RESPONSE in Opposition re 45 MOTION for Reconsideration re 44 Order Staying Case. Plaintiff's Motion for Reconsideration of Magistrate Judge's May 28, 2013 Memorandum Order] MOTION for Reconsideration re 44 Order Staying Case, *[Plaintiff's Motion for Reconsideration of Magistrate Judge's May 28, 2013 Memorandum Order] Manufacturer Defendants' Memorandum in Opposition to Plaintiff's Motion for Reconsideration of Magistrate Judge's May 28, 2013 Memorandum Order (Dkt. #44) filed by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC.* (Attachments: # 1 Exhibit Exhibits to Manufacturer Defendants' Memorandum in Opposition to Plaintiff's Motion for Reconsideration of Magistrate Judge's May 28, 2013 Memorandum Order (Dkt. #44))(Pitt, Jonathan) (Entered: 06/20/2013) |
| 06/20/2013 | 47 | RESPONSE in Opposition re 45 MOTION for Reconsideration re 44 Order Staying Case, Terminate Motions,,,, *[Plaintiff's Motion for Reconsideration of Magistrate Judge's May 28, 2013 Memorandum Order]* MOTION for Reconsideration re 44 Order Staying Case, Terminate Motions,,,, *[Plaintiff's Motion for Reconsideration of Magistrate Judge's May 28, 2013 Memorandum Order] filed by Henry Schein, Inc..* (Attachments: # 1 Schuster Declaration, # 2 Exhibit A, # 3 Text of Proposed Order)(Schuster, Paul) (Entered: 06/20/2013) |
| 06/27/2013 | 48 | REPLY to Response to Motion re 45 MOTION for Reconsideration re 44 Order Staying Case, Terminate Motions,,,, *[Plaintiff's Motion for Reconsideration of Magistrate Judge's May 28, 2013 Memorandum Order]* MOTION for Reconsideration re 44 Order Staying Case, Terminate Motions,,,, *[Plaintiff's Motion for Reconsideration of Magistrate Judge's May 28, 2013 Memorandum Order] [Plaintiff's Reply in Support of Motion for Reconsideration of Magistrate Judge's May 28, 2013 Memorandum Order (DKT #44)] filed by Archer and White Sales, Inc..* (Beane, Jerry) (Entered: 06/27/2013) |
| 06/27/2013 | 49 | Unopposed MOTION for Leave to File *[Plaintiff's Unopposed Motion for Leave to Exceed Page Limitation] by Archer and White Sales, Inc..* (Attachments: |

| | | # 1 Text of Proposed Order)(Beane, Jerry) (Entered: 06/27/2013) |
|---|---|---|
| 06/28/2013 | 50 | ORDER granting 49 Motion for Leave to Exceed Page Limits. Signed by Magistrate Judge Roy S. Payne on 6/28/2013. (ch, ) (Entered: 06/28/2013) |
| 07/03/2013 | 51 | SUR-REPLY to Reply to Response to Motion re 45 MOTION for Reconsideration re 44 Order Staying Case, filed by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Pitt, Jonathan) (Entered: 07/03/2013) |
| 07/03/2013 | 52 | SUR-REPLY to Reply to Response to Motion re 45 MOTION for Reconsideration re 44 Order Staying Case, filed by Henry Schein, Inc.. (Schuster, Paul) (Entered: 07/03/2013) |
| 10/28/2016 | 53 | ORDER - The Court issues this Order sua sponte. Status Conference set for 11/9/2016 09:00 AM before Judge Rodney Gilstrap. Signed by Judge Rodney Gilstrap on 10/28/2016. (nkl, ) (Entered: 10/28/2016) |
| 11/03/2016 | 54 | NOTICE of Attorney Appearance - Pro Hac Vice by Christopher Ondeck on behalf of Henry Schein, Inc.. Filing fee $ 100, receipt number 0540-6013370. (Ondeck, Christopher) (Entered: 11/03/2016) |
| 11/03/2016 | 55 | NOTICE of Attorney Appearance - Pro Hac Vice by Adrian Fontecilla on behalf of Henry Schein, Inc.. Filing fee $ 100, receipt number 0540-6013539. (Fontecilla, Adrian) (Entered: 11/03/2016) |
| 11/03/2016 | 56 | NOTICE of Attorney Appearance - Pro Hac Vice by Stephen Chuk on behalf of Henry Schein, Inc.. Filing fee $ 100, receipt number 0540-6013543. (Chuk, Stephen) (Entered: 11/03/2016) |
| 11/07/2016 | 57 | **DEFICIENT DOCUMENT** <br><br> MOTION to Withdraw as Attorney *Unoppoed Motion to Withdraw Counsel* by Henry Schein, Inc.. (Attachments: # 1 Text of Proposed Order)(Schuster, Paul) Modified on 11/7/2016 (nkl, ). (Entered: 11/07/2016) |
| 11/07/2016 | 58 | MOTION to Withdraw as Attorney *Unopposed Motion to Withdraw Counsel* by Henry Schein, Inc.. (Attachments: # 1 Text of Proposed Order)(Schuster, Paul) (Entered: 11/07/2016) |
| 11/07/2016 | | NOTICE of Deficiency regarding the MOTION to Withdraw as Attorney submitted document 57 does not contain a Certificate of Service. Correction should be made by one business day. (nkl, ) (Entered: 11/07/2016) |
| 11/07/2016 | 59 | NOTICE of Attorney Appearance by Brett Christopher Govett on behalf of Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC (Govett, Brett) (Entered: 11/07/2016) |
| 11/08/2016 | 60 | ORDER granting 58 Motion to Withdraw as Attorney. Attorney Helene Debra Jaffe and Alan Richard Kusinitz terminated. Signed by Magistrate Judge Roy |

| | | S. Payne on 11/8/2016. (nkl, ) (Entered: 11/08/2016) |
|---|---|---|
| 11/09/2016 | 61 | ORDER VACATING REFERRAL OF PRETRIAL MATTERS. Signed by Judge Rodney Gilstrap on 11/8/2016. (nkl, ) (Entered: 11/09/2016) |
| 11/09/2016 | 62 | Minute Entry for proceedings held before Judge Rodney Gilstrap: Status Conference held on 11/9/2016. (Court Reporter Shelly Holmes, CSR-TCRR.) (Attachments: # 1 Attorney Attendance Sheet) (jml) (Entered: 11/09/2016) |
| 12/07/2016 | 63 | MEMORANDUM AND OPINION -- It is therefore ORDERED that the Magistrate Judge's Order (Dkt. No. 44) is hereby VACATED. Accordingly, the Motions to Compel Arbitration filed by Defendant Schein and the Manufacturer Defendants are DENIED, and the stay previously entered in this case is hereby LIFTED.The trial date for this action is hereby set for February 5, 2018, and the pre-trial hearing date is set for January 8, 2018. Accordingly, the Parties are ORDERED to meet and confer and thereafter jointly submit a proposed Docket Control Order to the Court within 14 days of this Order based on the above trial and pre-trial dates. Signed by Judge Rodney Gilstrap on December 7, 2016. (jml) (Entered: 12/07/2016) |
| 12/07/2016 | | Set/Reset Hearings: Jury Selection set for 2/5/2018 09:00 AM in Ctrm 106 (Marshall) before Judge Rodney Gilstrap. Pretrial Conference set for 1/8/2018 09:00 AM in Ctrm 106 (Marshall) before Judge Rodney Gilstrap. (jml) (Entered: 12/07/2016) |
| 12/13/2016 | 64 | NOTICE OF APPEAL as to 63 Memorandum & Opinion,, by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. Filing fee $ 505, receipt number 0540-6069680. (Attachments: # 1 Exhibit Memorandum Opinion and Order)(Weingarten, James) (Entered: 12/13/2016) |
| 12/14/2016 | 65 | NOTICE OF APPEAL by Henry Schein, Inc.. Filing fee $ 505, receipt number 0540-6070414. (Schuster, Paul) (Entered: 12/14/2016) |
| 12/14/2016 | 66 | Joint MOTION to Stay *Proceedings Pending Appeal* by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Henry Schein, Inc., Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Weingarten, James) (Entered: 12/14/2016) |
| 12/20/2016 | 67 | Joint MOTION for Extension of Time to File *Response to Complaint and Set Briefing Schedule* by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Henry Schein, Inc., Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments: # 1 Text of Proposed Order)(Kruse, Layne) (Entered: 12/20/2016) |
| 12/20/2016 | 68 | **FILED IN ERROR** |

| | | Submission of Proposed Agreed Docket Control/Scheduling order by Archer and White Sales, Inc. *Joint Submission Regarding Proposed Docket Control Order, Including Proposed Joint Docket Control Order.* (Attachments: # 1 Exhibit A-Docket Control Order)(Brumbaugh, Kay Lynn) Modified on 12/22/2016 (nkl, ). (Entered: 12/20/2016) |
|---|---|---|
| 12/21/2016 | 69 | ORDER granting 67 Motion for Extension of Time to File. Signed by Judge Rodney Gilstrap on 12/21/2016. (nkl, ) (Entered: 12/21/2016) |
| 12/21/2016 | 70 | RESPONSE in Opposition re 66 Joint MOTION to Stay *Proceedings Pending Appeal Plaintiff's Response in Opposition to Defendants' Motion to Stay Proceedings Pending Appeal* filed by Archer and White Sales, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order)(Brumbaugh, Kay Lynn) (Entered: 12/21/2016) |
| 12/21/2016 | 71 | MOTION Entry of Docket Control Order *Joint Submission Regarding Proposed Docket Control Order, Including Proposed Joint Docket Control Order* by Archer and White Sales, Inc.. (Attachments: # 1 Exhibit A - Docket Control Order)(Brumbaugh, Kay Lynn) (Entered: 12/21/2016) |
| 12/22/2016 | | ***FILED IN ERROR - was filed using the wrong docket event. Document # 68, Submission of Proposed Agreed Docket Control/Scheduling order. PLEASE IGNORE.***<br><br>(nkl, ) (Entered: 12/22/2016) |
| 12/28/2016 | 72 | NOTICE by Danaher Corporation *Regarding Motion to Stay Proceedings Pending Appeal* (Kruse, Layne) (Entered: 12/28/2016) |
| 01/04/2017 | 73 | Unopposed MOTION to Withdraw as Attorney *Plaintiff Archer and White Sales, Inc.'s Unopposed Motion to Withdraw Jerry L. Beane as Counsel of Record* by Archer and White Sales, Inc.. (Attachments: # 1 Text of Proposed Order)(Brumbaugh, Kay Lynn) (Entered: 01/04/2017) |
| 01/04/2017 | 74 | NOTICE of Designation of Attorney in Charge to Kay Lynn Brumbaugh on behalf of Archer and White Sales, Inc. (Brumbaugh, Kay Lynn) (Entered: 01/04/2017) |
| 01/05/2017 | 75 | NOTICE of Attorney Appearance - Pro Hac Vice by John Ross Seward on behalf of Archer and White Sales, Inc.. Filing fee $ 100, receipt number 0540-6096396. (Seward, John) (Entered: 01/05/2017) |
| 01/05/2017 | 76 | Unopposed MOTION to Withdraw as Attorney by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Henry Schein, Inc., Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments: # 1 Text of Proposed Order)(Kruse, Layne) (Entered: 01/05/2017) |
| 01/06/2017 | 77 | ORDER granting 73 Motion to Withdraw as Attorney. Attorney Jerry Lynn Beane terminated. Signed by Judge Rodney Gilstrap on 1/5/2017. (nkl, ) |

| | | (Entered: 01/06/2017) |
|---|---|---|
| 01/09/2017 | 78 | ORDER granting 76 Motion to Withdraw as Attorney. Attorney James H Weingarten terminated. Signed by Judge Rodney Gilstrap on 1/8/2017. (nkl, ) (Entered: 01/09/2017) |
| 01/17/2017 | 79 | MOTION to Dismiss *Plaintiff's Complaint* by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments: # 1 Text of Proposed Order)(Govett, Brett) (Entered: 01/17/2017) |
| 01/17/2017 | 80 | MOTION to Dismiss by Henry Schein, Inc.. (Attachments: # 1 Text of Proposed Order)(Ondeck, Christopher) (Entered: 01/17/2017) |
| 01/25/2017 | 81 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 11/9/16 (Motion Hearing) before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shelly Holmes, CSR-TCRR,Telephone number: (903) 923-7464 (Shelly_Holmes@txed.uscourts.gov). **NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 2/20/2017. Redacted Transcript Deadline set for 3/2/2017. Release of Transcript Restriction set for 4/28/2017. (sholmes, ) (Entered: 01/25/2017) |
| 02/01/2017 | 82 | MOTION to Change Venue *Defendant's Motion for Intra-District Transfer of Venue and Brief in Support* by Henry Schein, Inc.. (Attachments: # 1 Affidavit Declaration of McLemore, # 2 Text of Proposed Order)(Schuster, Paul) (Entered: 02/01/2017) |
| 02/02/2017 | 83 | NOTICE by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC re 82 MOTION to Change Venue *Defendant's Motion for Intra-District Transfer of Venue and Brief in Support -- Defendants' Notice of Joinder in Motion to Transfer Venue* (Govett, Brett) (Entered: 02/02/2017) |
| 02/07/2017 | 84 | RESPONSE in Opposition re 80 MOTION to Dismiss , 79 MOTION to Dismiss *Plaintiff's Complaint Plaintiff Archer and White Sales, Inc.'s Response in Opposition to Defendants' Motions to Dismiss (Dkt. #79 & #80) filed by Archer and White Sales, Inc..* (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order Order Denying Mfg. Defs' Motion to Dismiss, # 3 Text of Proposed Order Order Denying Schein's Motion to Dismiss) |

| | | |
|---|---|---|
| | | (Brumbaugh, Kay Lynn) (Entered: 02/07/2017) |
| 02/13/2017 | | Certified and Electronically Transmitted Record on Appeal to US Court of Appeals re 65 Notice of Appeal, 64 Notice of Appeal, (pad, ) (Entered: 02/13/2017) |
| 02/14/2017 | 85 | REPLY to Response to Motion re 79 MOTION to Dismiss *Plaintiff's Complaint filed by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC*. (Govett, Brett) (Entered: 02/14/2017) |
| 02/14/2017 | 86 | REPLY to Response to Motion re 80 MOTION to Dismiss *filed by Henry Schein, Inc.*. (Schuster, Paul) (Entered: 02/14/2017) |
| 02/15/2017 | 87 | RESPONSE in Opposition re 82 MOTION to Change Venue *Defendant's Motion for Intra-District Transfer of Venue and Brief in Support [Plaintiff's Response In Opposition to Defendant's Motion to Transfer Venue] filed by Archer and White Sales, Inc.*. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Brumbaugh, Kay Lynn) (Entered: 02/15/2017) |
| 02/17/2017 | 88 | MEMORANDUM OPINION AND ORDER re 66 Joint MOTION to Stay *Proceedings Pending Appeal filed by Dental Equipment LLC, Henry Schein, Inc., KaVo Dental Technologies, LLC, Instrumentarium Dental Inc., Dental Imaging Technologies, Corporation, Danaher Corporation.*. Signed by Judge Rodney Gilstrap on 2/17/2017. (nkl, ) (Entered: 02/17/2017) |
| 02/17/2017 | 89 | NOTICE of Attorney Appearance by J Wiley George on behalf of Archer and White Sales, Inc. (George, J) (Entered: 02/17/2017) |
| 02/21/2017 | 90 | Unopposed MOTION for Leave to File Excess Pages by Archer and White Sales, Inc.. (Attachments: # 1 Text of Proposed Order)(Brumbaugh, Kay Lynn) (Entered: 02/21/2017) |
| 02/21/2017 | 91 | SUR-REPLY to Reply to Response to Motion re 80 MOTION to Dismiss , 79 MOTION to Dismiss *Plaintiff's Complaint filed by Archer and White Sales, Inc.*. (Brumbaugh, Kay Lynn) (Entered: 02/21/2017) |
| 02/22/2017 | 92 | REPLY to Response to Motion re 82 MOTION to Change Venue *Defendant's Motion for Intra-District Transfer of Venue and Brief in Support filed by Henry Schein, Inc.*. (Schuster, Paul) (Entered: 02/22/2017) |
| 02/23/2017 | 93 | ORDER granting 90 Motion for Leave to File Excess Pages. Signed by Judge Rodney Gilstrap on 2/23/2017. (nkl, ) (Entered: 02/23/2017) |
| 02/24/2017 | 94 | ORDER of USCA as to 65 Notice of Appeal filed by Henry Schein, Inc., 64 Notice of Appeal, filed by Dental Equipment LLC, KaVo Dental Technologies, LLC, Instrumentarium Dental Inc., Dental Imaging Technologies, Corporation, Danaher Corporation. IT IS ORDERED that appellants' joint opposed motion for stay of proceedings in the District Court pending appeal is carried with the case. (kls, ) (Entered: 02/24/2017) |
| 02/27/2017 | 95 | SUR-REPLY to Reply to Response to Motion re 82 MOTION to Change |

| | | |
|---|---|---|
| | | Venue *Defendant's Motion for Intra-District Transfer of Venue and Brief in Support [Plaintiff's Sur-Reply in Opposition to Defendant's Motion to Transfer Venue] filed by Archer and White Sales, Inc..* (Brumbaugh, Kay Lynn) (Entered: 02/27/2017) |
| 02/28/2017 | 96 | ORDER REFERRING CASE to Mediator. Francis E. McGovern is hereby appointed as mediator in the above referenced case and its member cases. Signed by Judge Rodney Gilstrap on 2/28/2017. (nkl, ) (Entered: 02/28/2017) |
| 03/01/2017 | 97 | NOTICE of Discovery Disclosure by Archer and White Sales, Inc. *[Plaintiff Archer and White Sales, Inc.'s Notice of Provision of Initial Disclosures]* (Brumbaugh, Kay Lynn) (Entered: 03/01/2017) |
| 03/01/2017 | 98 | NOTICE of Discovery Disclosure by Henry Schein, Inc. *Notice of Compliance* (Schuster, Paul) (Entered: 03/01/2017) |
| 03/02/2017 | 99 | DOCKET CONTROL ORDER granting 71 MOTION Entry of Docket Control Order *Joint Submission Regarding Proposed Docket Control Order, Including Proposed Joint Docket Control Order. Pretrial Conference set for 1/8/2018 09:00 AM before Judge Rodney Gilstrap., Amended Pleadings due by 10/16/2017., Joinder of Parties due by 8/1/2017., Jury Selection set for 2/5/2018 09:00AM before Judge Rodney Gilstrap., Mediation Completion due by 8/1/2017., Motions due by 12/13/2017., Proposed Pretrial Order due by 12/22/2017.).* Signed by Judge Rodney Gilstrap on 3/2/2017. (ch, ) (Entered: 03/02/2017) |
| 03/02/2017 | 100 | NOTICE of Discovery Disclosure by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC *Compliance regarding Initial Disclosures* (Govett, Brett) (Entered: 03/02/2017) |
| 03/03/2017 | 101 | CORPORATE DISCLOSURE STATEMENT filed by Archer and White Sales, Inc. (Brumbaugh, Kay Lynn) (Entered: 03/03/2017) |
| 03/03/2017 | 102 | CORPORATE DISCLOSURE STATEMENT filed by Henry Schein, Inc. (Schuster, Paul) (Entered: 03/03/2017) |
| 03/03/2017 | 103 | CORPORATE DISCLOSURE STATEMENT filed by Danaher Corporation (Kruse, Layne) (Entered: 03/03/2017) |
| 03/03/2017 | 104 | CORPORATE DISCLOSURE STATEMENT filed by Dental Equipment LLC (Kruse, Layne) (Entered: 03/03/2017) |
| 03/03/2017 | 105 | CORPORATE DISCLOSURE STATEMENT filed by Dental Imaging Technologies, Corporation (Kruse, Layne) (Entered: 03/03/2017) |
| 03/03/2017 | 106 | CORPORATE DISCLOSURE STATEMENT filed by Instrumentarium Dental Inc. (Kruse, Layne) (Entered: 03/03/2017) |
| 03/03/2017 | 107 | CORPORATE DISCLOSURE STATEMENT filed by KaVo Dental Technologies, LLC (Kruse, Layne) (Entered: 03/03/2017) |
| 03/09/2017 | 108 | NOTICE of Attorney Appearance - Pro Hac Vice by Liam Montgomery on |

| | | |
|---|---|---|
| | | behalf of Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. Filing fee $ 100, receipt number 0540-6193502. (Montgomery, Liam) (Entered: 03/09/2017) |
| 03/24/2017 | 109 | NOTICE of Attorney Appearance - Pro Hac Vice by Barack S Echols on behalf of Henry Schein, Inc.. Filing fee $ 100, receipt number 0540-6214645. (Echols, Barack) (Entered: 03/24/2017) |
| 03/24/2017 | 110 | NOTICE of Attorney Appearance - Pro Hac Vice by Richard C Godfrey on behalf of Henry Schein, Inc.. Filing fee $ 100, receipt number 0540-6214692. (Godfrey, Richard) (Entered: 03/24/2017) |
| 03/24/2017 | 111 | NOTICE of Attorney Appearance - Pro Hac Vice by J Andrew Langan on behalf of Henry Schein, Inc.. Filing fee $ 100, receipt number 0540-6214740. (Langan, J) (Entered: 03/24/2017) |
| 05/01/2017 | 112 | Unopposed MOTION to Substitute Attorney by Archer and White Sales, Inc.. (Attachments: # 1 Text of Proposed Order)(Cruciani, Gary) (Entered: 05/01/2017) |
| 05/03/2017 | 113 | ORDER granting 112 Motion to Substitute Attorney. Added attorney Samuel Franklin Baxter,Lewis T LeClair,Travis Edward DeArman,Charles E. Fowler, Jr for Archer and White Sales, Inc.. Attorney John Ross Seward; Kay Lynn Brumbaugh and J Wiley George terminated. Signed by Judge Rodney Gilstrap on 5/3/2017. (nkl, ) (Entered: 05/03/2017) |
| 05/25/2017 | 114 | NOTICE of Attorney Appearance by Phillip M Aurentz on behalf of Archer and White Sales, Inc. (Aurentz, Phillip) (Entered: 05/25/2017) |
| 05/26/2017 | 115 | Joint MOTION for Protective Order by Archer and White Sales, Inc.. (Attachments: # 1 Text of Proposed Order, # 2 Text of Proposed Order)(Aurentz, Phillip) (Entered: 05/26/2017) |
| 05/31/2017 | 116 | PROTECTIVE ORDER. Signed by Judge Rodney Gilstrap on 5/31/2017. (nkl, ) (Entered: 06/01/2017) |
| 06/19/2017 | 117 | SEALED MOTION by Archer and White Sales, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Aurentz, Phillip) (Entered: 06/19/2017) |
| 06/19/2017 | 118 | MOTION to Expedite by Archer and White Sales, Inc.. (Attachments: # 1 Text of Proposed Order)(Aurentz, Phillip) (Entered: 06/19/2017) |
| 06/20/2017 | 119 | ORDER granting 118 Motion to Expedite Briefing. Signed by Judge Rodney Gilstrap on 06/20/2017. (nkl, ) (Entered: 06/20/2017) |
| 06/22/2017 | | NOTICE of Hearing on Motions 117 SEALED MOTION , 79 MOTION to Dismiss *Plaintiff's Complaint*, 80 MOTION to Dismiss , 82 MOTION to Change Venue *Defendant's Motion for Intra-District Transfer of Venue and Brief in Support* : Motions Hearing set for 7/19/2017 02:00 PM in Ctrm 106 |

| | | |
|---|---|---|
| | | (Marshall) before Judge Rodney Gilstrap. (jml) Modified on 6/22/2017 (jml, ). (Entered: 06/22/2017) |
| 06/22/2017 | | Set/Reset Deadlines as to 117 SEALED MOTION , 79 MOTION to Dismiss *Plaintiff's Complaint*, 80 MOTION to Dismiss , 82 MOTION to Change Venue *Defendant's Motion for Intra-District Transfer of Venue and Brief in Support*. Motion Hearing set for 7/19/2017 02:00 PM in Ctrm 106 (Marshall) before Judge Rodney Gilstrap. ****PLEASE NOTE THAT ONLY THE TIME FOR THE HEARING HAS CHANGED.**** (jml) (Entered: 06/22/2017) |
| 06/23/2017 | 120 | Emergency MOTION to Compel *PRODUCTION OF RELEVANT DOCUMENTS GENERATED FROM ITS SEARCH TERMS* by Archer and White Sales, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Aurentz, Phillip) (Entered: 06/23/2017) |
| 06/23/2017 | 121 | **FILED IN ERROR PER ATTORNEY** Unopposed MOTION to Expedite *BRIEFING OF PLAINTIFF'S EMERGENCY MOTION TO COMPEL PRODUCTION OF RELEVANT DOCUMENTS GENERATED FROM ITS SEARCH TERMS [DKT. 120]* by Archer and White Sales, Inc.. (Attachments: # 1 Text of Proposed Order)(Aurentz, Phillip) Modified on 6/23/2017 (nkl, ). (Entered: 06/23/2017) |
| 06/23/2017 | | ***FILED IN ERROR PER ATTORNEY. Document # 121, Unopposed MOTION to Expedite BRIEFING OF PLAINTIFF'S EMERGENCY MOTION TO COMPEL PRODUCTION OF RELEVANT DOCUMENTS GENERATED FROM ITS SEARCH TERMS [DKT. 120]. PLEASE IGNORE.*** (nkl, ) (Entered: 06/23/2017) |
| 06/23/2017 | 122 | MOTION to Expedite *BRIEFING ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF RELEVANT DOCUMENTS GENERATED FROM ITS SEARCH TERMS [DKT. 120]* by Archer and White Sales, Inc.. (Attachments: # 1 Text of Proposed Order)(Aurentz, Phillip) (Entered: 06/23/2017) |
| 06/23/2017 | 123 | RESPONSE in Opposition re 122 MOTION to Expedite *BRIEFING ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF RELEVANT DOCUMENTS GENERATED FROM ITS SEARCH TERMS [DKT. 120]* filed by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments: # 1 Text of Proposed Order)(Govett, Brett) (Entered: 06/23/2017) |
| 06/26/2017 | 124 | **FILED IN ERROR PER ATTORNEY** SEALED RESPONSE to Motion re 120 Emergency MOTION to Compel |

| | | |
|---|---|---|
| | | *PRODUCTION OF RELEVANT DOCUMENTS GENERATED FROM ITS SEARCH TERMS* filed by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments: # 1 Declaration of Liam Montgomery, # 2 Exhibit 1, # 3 Text of Proposed Order)(Govett, Brett) Modified on 6/26/2017 (nkl, ). (Entered: 06/26/2017) |
| 06/26/2017 | | **\*\*\*FILED IN ERROR PER ATTORNEY. Document # 124, SEALED RESPONSE to Motion. PLEASE IGNORE.\*\*\*** <br><br> (nkl, ) (Entered: 06/26/2017) |
| 06/26/2017 | 125 | SEALED RESPONSE to Motion re 117 SEALED MOTION filed by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments: # 1 Declaration of Liam Montgomery, # 2 Exhibit 1, # 3 Text of Proposed Order)(Govett, Brett) (Entered: 06/26/2017) |
| 06/26/2017 | 126 | SEALED RESPONSE to Motion re 117 SEALED MOTION Defendant Henry Schein's Response to Plaintiff's Emergency Motion to Compel filed by Henry Schein, Inc.. (Attachments: # 1 Exhibit 1 - Declaration of Adrian Fontecilla, # 2 Exhibit 2 - Declaration of Paul Schuster, # 3 Text of Proposed Order)(Schuster, Paul) (Entered: 06/26/2017) |
| 06/29/2017 | 127 | SEALED REPLY to Response to PATENT Motion re 120 Emergency MOTION to Compel *PRODUCTION OF RELEVANT DOCUMENTS GENERATED FROM ITS SEARCH TERMS filed by Archer and White Sales, Inc..* (Attachments: # 1 Declaration of Phillip M. Aurentz, # 2 Exhibit 1)(Aurentz, Phillip) Modified on 6/29/2017 (nkl, ). (Entered: 06/29/2017) |
| 06/30/2017 | 128 | **FILED IN ERROR PER ATTORNEY** <br><br> Emergency MOTION for Protective Order *Pending Entry of a Discovery Order* by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order Proposed Order)(Govett, Brett) Modified on 6/30/2017 (nkl, ). (Entered: 06/30/2017) |
| 06/30/2017 | 129 | Unopposed MOTION to Expedite *Briefing of Emergency Motion for Entry of Protective Order Pending Entry of a Discovery Order* by Danaher |

| | | |
|---|---|---|
| | | Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments: # 1 Text of Proposed Order)(Govett, Brett) (Additional attachment(s) added on 6/30/2017: # 2 Revised Proposed Order) (nkl, ). (Entered: 06/30/2017) |
| 06/30/2017 | | **\*\*\*FILED IN ERROR PER ATTORNEY. Document # 128, Emergency MOTION for Protective Order Pending Entry of a Discovery Order. PLEASE IGNORE.\*\*\*** <br><br> (nkl, ) (Entered: 06/30/2017) |
| 06/30/2017 | 130 | **FILED IN ERROR PER ATTORNEY** <br><br> Emergency MOTION for Protective Order *Pending Entry of a Discovery Order* by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Govett, Brett) Modified on 6/30/2017 (nkl, ). (Entered: 06/30/2017) |
| 06/30/2017 | | **\*\*\*FILED IN ERROR PER ATTORNEY. Document # 130, Emergency MOTION for Protective Order Pending Entry of a Discovery Order. PLEASE IGNORE.\*\*\*** <br><br> (nkl, ) (Entered: 06/30/2017) |
| 06/30/2017 | 131 | Emergency MOTION for Protective Order *Pending Entry of a Discovery Order* by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Govett, Brett) (Entered: 06/30/2017) |
| 06/30/2017 | 132 | ORDER granting 122 MOTION to Expedite *BRIEFING ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF RELEVANT DOCUMENTS GENERATED FROM ITS SEARCH TERMS [DKT. 120]* filed by Archer and White Sales, Inc.., ORDER Setting Hearing on Motion 120 Emergency MOTION to Compel *PRODUCTION OF RELEVANT DOCUMENTS GENERATED FROM ITS SEARCH TERMS* :( Motion Hearing set for 7/19/2017 02:00 PM before Judge Rodney Gilstrap. Signed by Judge Rodney Gilstrap on 6/30/2017. (ch, ) (Entered: 06/30/2017) |
| 06/30/2017 | 133 | NOTICE by Archer and White Sales, Inc. re 117 SEALED MOTION *JOINT STATUS CONFERENCE REPORT REGARDING LEAD COUNSEL MEET AND CONFER RELATING TO PLAINTIFF'S EMERGENCY MOTION TO* |

| | | |
|---|---|---|
| | | *COMPEL PRODUCTION OF RELEVANT DOCUMENTS CONDUCTED PURSUANT TO THE COURT'S STANDING ORDER* (Aurentz, Phillip) (Entered: 06/30/2017) |
| 06/30/2017 | 134 | MOTION to Amend/Correct 99 Order, Terminate Motions, Scheduling Order,,,,,, by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments: # 1 Text of Proposed Order)(Govett, Brett) (Entered: 06/30/2017) |
| 06/30/2017 | 135 | NOTICE of Attorney Appearance by Katherine Partain Lett on behalf of Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC (Lett, Katherine) (Entered: 06/30/2017) |
| 07/03/2017 | 136 | NOTICE by Henry Schein, Inc. re 134 MOTION to Amend/Correct 99 Order, Terminate Motions, Scheduling Order (DEFENDANT'S NOTICE OF JOINDER) (Schuster, Paul) Modified on 7/3/2017 (slo, ). (Entered: 07/03/2017) |
| 07/03/2017 | 137 | RESPONSE to Motion re 120 Emergency MOTION to Compel *PRODUCTION OF RELEVANT DOCUMENTS GENERATED FROM ITS SEARCH TERMS filed by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC.* (Attachments: # 1 Declaration of Liam J. Montgomery, # 2 Exhibit 1 - Manufacturer Defendants' Proposed Search Terms, # 3 Text of Proposed Order)(Montgomery, Liam) (Entered: 07/03/2017) |
| 07/03/2017 | 138 | SEALED MOTION *for a Protective Order and to Modify or Quash Plaintiff's Subpoena Requesting all Deposition Transcripts from In re Dental Supplies Antitrust Litigation* by Henry Schein, Inc.. (Attachments: # 1 Declaration of Adrian Fontecilla, # 2 Exhibit A - portion of Class Subpoena, # 3 Text of Proposed Order)(Schuster, Paul) (Entered: 07/03/2017) |
| 07/07/2017 | 139 | ORDER granting 129 Motion to Expedite Briefing of Emergency Motion for Entry of Protective Order Pending Entry of a Discovery Order. Signed by Judge Rodney Gilstrap on 7/7/2017. (nkl, ) (Entered: 07/07/2017) |
| 07/07/2017 | 140 | STATUS REPORT *JOINT STATUS CONFERENCE REPORT REGARDING LEAD COUNSEL MEET AND CONFER RELATING TO PLAINTIFF'S EMERGENCY MOTION TO COMPEL PRODUCTION OF RELEVANT DOCUMENTS GENERATED FROM ITS SEARCH TERMS CONDUCTED PURSUANT TO THE COURT'S STANDING ORDER* by Archer and White Sales, Inc.. (Aurentz, Phillip) (Entered: 07/07/2017) |
| 07/07/2017 | 141 | SEALED RESPONSE to Motion re 131 Emergency MOTION for Protective Order *Pending Entry of a Discovery Order* filed by Archer and White Sales, Inc.. (Attachments: # 1 Attachment 1, |

| | | # 2 Text of Proposed Order)(Aurentz, Phillip) (Entered: 07/07/2017) |
|---|---|---|
| 07/07/2017 | 142 | NOTICE of Attorney Appearance by John Patrick McDonald on behalf of Henry Schein, Inc. (McDonald, John) (Entered: 07/07/2017) |
| 07/07/2017 | 143 | RESPONSE in Opposition re 134 MOTION to Amend/Correct 99 Order, Terminate Motions, Scheduling Order,,,,,, *filed by Archer and White Sales, Inc.*. (Attachments: # 1 Text of Proposed Order)(Aurentz, Phillip) (Entered: 07/07/2017) |
| 07/10/2017 | 144 | SEALED RESPONSE to Motion re 138 SEALED MOTION *for a Protective Order and to Modify or Quash Plaintiff's Subpoena Requesting all Deposition Transcripts from In re Dental Supplies Antitrust Litigation* filed by Archer and White Sales, Inc.. (Attachments: # 1 Text of Proposed Order)(Aurentz, Phillip) (Entered: 07/10/2017) |
| 07/11/2017 | 145 | ORDER granting 131 Motion for Protective Order. Signed by Judge Rodney Gilstrap on 7/11/2017. (nkl, ) (Entered: 07/11/2017) |
| 07/12/2017 | 146 | NOTICE of Attorney Appearance - Pro Hac Vice by Matthew C. Monahan on behalf of Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. Filing fee $ 100, receipt number 0540-6375873. (Monahan, Matthew) (Entered: 07/12/2017) |
| 07/12/2017 | 147 | MOTION to Compel *PRODUCTION OF DEFENDANT SCHEIN'S SETTLEMENT AGREEMENT FROM THE SOURCEONE CASE* by Archer and White Sales, Inc.. (Attachments: # 1 Text of Proposed Order)(Aurentz, Phillip) (Entered: 07/12/2017) |
| 07/14/2017 | | Set/Reset Deadlines as to 134 MOTION to Amend/Correct 99 Order, Terminate Motions, Scheduling Order,,,,,, , 138 SEALED MOTION *for a Protective Order and to Modify or Quash Plaintiff's Subpoena Requesting all Deposition Transcripts from In re Dental Supplies Antitrust Litigation*. Motion Hearing set for 7/19/2017 02:00 PM before Judge Rodney Gilstrap. (nkl, ) (Entered: 07/14/2017) |
| 07/18/2017 | 148 | **FILED IN ERROR PER ATTORNEY** <br><br> NOTICE by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC re 145 Order on Motion for Protective Order *Joint Proposed Protective Order* (Govett, Brett) Modified on 7/18/2017 (nkl, ). (Entered: 07/18/2017) |
| 07/18/2017 | | **\*\*\*FILED IN ERROR PER ATTORNEY. Document # 148, Notice. PLEASE IGNORE.\*\*\*** <br><br> (nkl, ) (Entered: 07/18/2017) |
| 07/18/2017 | 149 | **DEFICIENT DOCUMENT** |

| | | |
|---|---|---|
| | | NOTICE by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC re 145 Order on Motion for Protective Order *Joint Proposed Discovery Order* (Govett, Brett) Modified on 7/18/2017 (nkl, ). (Entered: 07/18/2017) |
| 07/18/2017 | | NOTICE of Deficiency regarding the Notice submitted document 149 does not contain a Certificate of Service, does not reflect the signing attorney or pro se party's signature and was filed using the wrong docket event. Correction should be made by one business day. (nkl, ) (Entered: 07/18/2017) |
| 07/18/2017 | 150 | STATUS REPORT - *Joint Status Conference Report re Lead Counsel Meet and Confer* by Henry Schein, Inc.. (Schuster, Paul) (Entered: 07/18/2017) |
| 07/18/2017 | 151 | **FILED IN ERROR**<br><br>Submission of Proposed Agreed Discovery order by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC *on Behalf of All Parties, Setting Forth Parties' Respective Positions*. (Attachments: # 1 Text of Proposed Order Proposed Joint Discovery Order Setting Forth Parties' Positions)(Montgomery, Liam) Modified on 7/18/2017 (nkl, ). (Entered: 07/18/2017) |
| 07/18/2017 | | **\*\*\*FILED IN ERROR - was filed using the wrong docket event. Document # 151, Submission of Proposed Agreed Discovery order. PLEASE IGNORE.\*\*\***<br><br>(nkl, ) (Entered: 07/18/2017) |
| 07/18/2017 | 152 | Joint MOTION for Discovery *Order* by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments: # 1 Text of Proposed Order)(Govett, Brett) (Entered: 07/18/2017) |
| 07/19/2017 | 153 | ORDER - the Court hereby ORDERS the Parties to meet and confer in person between 1:00 p.m. and 2:00 p.m. today, so that the Parties have sufficient time for discussion prior to the scheduled hearing. Lead Counsel shall lead this meet and confer process. Signed by Judge Rodney Gilstrap on 7/19/2017. (ch, ) (Entered: 07/19/2017) |
| 07/19/2017 | 154 | Minute Entry for proceedings held before Judge Rodney Gilstrap: Motion Hearing held on 7/19/2017 re 80 MOTION to Dismiss 82 MOTION to Change Venue *Defendant's Motion for Intra-District Transfer of Venue and Brief in Support* 79 MOTION to Dismiss *Plaintiff's Complaint* filed by Dental Equipment LLC, KaVo Dental Technologies, LLC, Instrumentarium Dental Inc., Dental Imaging Technologies, Corporation, Danaher Corporation, 120 Emergency MOTION to Compel *PRODUCTION OF RELEVANT DOCUMENTS GENERATED FROM ITS SEARCH TERMS* filed by Archer and White Sales, Inc., 138 SEALED MOTION *for a Protective Order and to Modify or Quash Plaintiff's Subpoena Requesting all Deposition Transcripts* |

| | | |
|---|---|---|
| | | *from In re Dental Supplies Antitrust Litigation* filed by Henry Schein, Inc., 134 MOTION to Amend/Correct 99 Order, Terminate Motions, Scheduling Order,,,,,, filed by Dental Equipment LLC, KaVo Dental Technologies, LLC, Instrumentarium Dental Inc., Dental Imaging Technologies, Corporation, Danaher Corporation, 117 SEALED MOTION filed by Archer and White Sales, Inc.. (Court Reporter Shelly Holmes, CSR-TCRR.) (Attachments: # 1 Attorney Attendance Sheet) (jml) (Entered: 07/20/2017) |
| 07/20/2017 | 155 | FIRST AMENDED DOCKET CONTROL ORDER re 134 MOTION to Amend/Correct 99 Order, Terminate Motions, Scheduling Order. (Pretrial Conference set for 1/8/2018 09:00 AM in Ctrm 106 (Marshall) before Judge Rodney Gilstrap, Amended Pleadings due by 10/16/2017, Joinder of Parties due by 8/1/2017, Jury Selection set for 2/5/2018 09:00 AM in Ctrm 106 (Marshall) before Judge Rodney Gilstrap, Motions in Limine due by 12/13/2017, Joint Pretrial Order due by 12/22/2017.) Signed by Judge Rodney Gilstrap on 7/20/2017. (slo, ) (Entered: 07/20/2017) |
| 07/20/2017 | 156 | ORDER granting in part and denying in part 138 Sealed Motion. Signed by Judge Rodney Gilstrap on 7/20/2017. (slo, ) (Entered: 07/20/2017) |
| 07/20/2017 | 157 | DISCOVERY ORDER granting 152 Joint MOTION for Discovery *Order* filed by Dental Equipment LLC, KaVo Dental Technologies, LLC, Instrumentarium Dental Inc., Dental Imaging Technologies, Corporation, Danaher Corporation.. Signed by Judge Rodney Gilstrap on 7/20/2017. (nkl, ) (Entered: 07/21/2017) |
| 07/21/2017 | 158 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 7/21/17 (Motions Hearing) before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shelly Holmes, CSR-TCRR,Telephone number: (903) 923-7464 (Shelly_Holmes@txed.uscourts.gov). **NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 8/14/2017. Redacted Transcript Deadline set for 8/24/2017. Release of Transcript Restriction set for 10/23/2017. (sholmes, ) (Entered: 07/21/2017) |
| 07/21/2017 | 159 | STATUS REPORT *JOINT STATUS REPORT REGARDING MEET AND CONFER PURSUANT TO THE COURT'S JULY 19, 2017 ORDER* by Archer and White Sales, Inc.. (Baxter, Samuel) (Entered: 07/21/2017) |
| 07/24/2017 | 160 | ORDER re 159 The parties are GRANTED leave to continue the meet and |

| | | confer process and to file a supplemental report by the end of the day on July 24, 2017. Signed by Judge Rodney Gilstrap on July 24, 2017. (jml) (Entered: 07/24/2017) |
|---|---|---|
| 07/24/2017 | 161 | STATUS REPORT *Regarding Meet and Confer Pursuant to the Court's July 19, 2017 Order* by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments:<br># 1 Exhibit 1,<br># 2 Exhibit 2,<br># 3 Exhibit 3)(Montgomery, Liam) (Entered: 07/24/2017) |
| 07/26/2017 | 162 | ***FILED IN ERROR***<br><br>NOTICE by Henry Schein, Inc. re 147 MOTION to Compel *PRODUCTION OF DEFENDANT SCHEIN'S SETTLEMENT AGREEMENT FROM THE SOURCEONE CASE* (Attachments:<br># 1 Text of Proposed Order)(Schuster, Paul) Modified on 7/26/2017 (ch, ). (Entered: 07/26/2017) |
| 07/26/2017 | | ***FILED IN ERROR. FILED UNDER WRONG EVENT Document # 162, Notice in Response. PLEASE IGNORE.***<br><br>(ch, ) (Entered: 07/26/2017) |
| 07/26/2017 | 163 | RESPONSE to Motion re 147 MOTION to Compel *PRODUCTION OF DEFENDANT SCHEIN'S SETTLEMENT AGREEMENT FROM THE SOURCEONE CASE filed by Henry Schein, Inc.*. (Attachments:<br># 1 Text of Proposed Order)(Schuster, Paul) (Entered: 07/26/2017) |
| 07/26/2017 | 164 | NOTICE of Attorney Appearance by Matthew Kyle Hansen on behalf of Henry Schein, Inc. (Hansen, Matthew) (Entered: 07/26/2017) |
| 07/26/2017 | 165 | ORDER granting in part and denying in part 117 Emergency Sealed Motion to Compel Production of Relevant Documents ; granting in part and denying in part 120 Emergency Motion to Compel Production of Relevant Documents. Signed by Judge Rodney Gilstrap on 7/26/2017. (ch, ) (Entered: 07/27/2017) |
| 07/26/2017 | 166 | ORDER denying as moot 147 Motion to Compel Production of DefendantScheins Settlement Agreement from the SourceOne Case. Signed by Judge Rodney Gilstrap on 7/26/2017. (ch, ) (Entered: 07/27/2017) |
| 07/26/2017 | 167 | MEMORANDUM OPINION AND ORDER - denying 82 Motion for Intra District Transfer. Signed by Judge Rodney Gilstrap on 7/26/2017. (ch, ) (Entered: 07/27/2017) |
| 07/27/2017 | 168 | NOTICE by Henry Schein, Inc. *of Intent to Request Redaction* (Hansen, Matthew) (Entered: 07/27/2017) |
| 07/28/2017 | 169 | NOTICE by Archer and White Sales, Inc. *NOTICE OF INTENT TO REQUEST REDACTION* (Baxter, Samuel) (Entered: 07/28/2017) |

| 08/01/2017 | 170 | NOTICE by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC *Concerning Mediation Deadline* (Govett, Brett) (Entered: 08/01/2017) |
| --- | --- | --- |
| 08/01/2017 | 171 | Sealed Document. AMENDED COMPLAINT(Baxter, Samuel) (Entered: 08/01/2017) |
| 08/02/2017 | 172 | SUMMONS Issued as to Benco Dental Supply Co., Patterson Companies, Inc.. (Attachments: # 1 Summons(es) Patterson Companies Inc.)(nkl, ) (Entered: 08/02/2017) |
| 08/03/2017 | 173 | NOTICE by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC re 80 MOTION to Dismiss , 171 Sealed Document, 79 MOTION to Dismiss *Plaintiff's Complaint , Concerning Plaintiff's Amended Complaint and Defendants' Pending Motion to Dismiss* (Govett, Brett) (Entered: 08/03/2017) |
| 08/11/2017 | 174 | Joint SEALED MOTION *to Redact July 19, 2017 Hearing Transcript* by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Henry Schein, Inc., Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments: # 1 Text of Proposed Order)(Hansen, Matthew) (Entered: 08/11/2017) |
| 08/15/2017 | 175 | ORDER finding as moot 79 Motion to Dismiss; finding as moot 80 Motion to Dismiss. Signed by Judge Rodney Gilstrap on 8/15/2017. (nkl, ) (Entered: 08/15/2017) |
| 08/16/2017 | 176 | Emergency MOTION TO UNSEAL THE AMENDED COMPLAINT re 171 Sealed Document by Archer and White Sales, Inc.. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 08/16/2017) |
| 08/16/2017 | 177 | Opposed MOTION to Expedite *BRIEFING OF PLAINTIFF'S EMERGENCY MOTION TO UNSEAL THE AMENDED COMPLAINT [DKT. 176]* by Archer and White Sales, Inc.. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 08/16/2017) |
| 08/17/2017 | 178 | RESPONSE in Opposition re 177 Opposed MOTION to Expedite *BRIEFING OF PLAINTIFF'S EMERGENCY MOTION TO UNSEAL THE AMENDED COMPLAINT [DKT. 176] filed by Henry Schein, Inc..* (Attachments: # 1 Text of Proposed Order)(Schuster, Paul) (Entered: 08/17/2017) |
| 08/18/2017 | 179 | REPLY to Response to Motion re 177 Opposed MOTION to Expedite *BRIEFING OF PLAINTIFF'S EMERGENCY MOTION TO UNSEAL THE AMENDED COMPLAINT [DKT. 176] filed by Archer and White Sales, Inc..* (Baxter, Samuel) (Entered: 08/18/2017) |
| 08/18/2017 | 180 | ORDER EXPEDITING BRIEFING granting 177 Motion to Expedite. Signed by Judge Rodney Gilstrap on 8/17/17. (ch, ) (Entered: 08/18/2017) |
| 08/23/2017 | 181 | WAIVER OF SERVICE Returned Executed by Archer and White Sales, Inc.. |

| | | Patterson Companies, Inc. waiver sent on 8/18/2017, answer due 10/17/2017. (nkl, ) (Entered: 08/23/2017) |
|---|---|---|
| 08/23/2017 | 182 | SEALED RESPONSE to Motion re 176 Emergency MOTION TO UNSEAL THE AMENDED COMPLAINT re 171 Sealed Document filed by Henry Schein, Inc.. (Attachments:<br># 1 Text of Proposed Order)(Schuster, Paul) (Entered: 08/23/2017) |
| 08/23/2017 | 183 | NOTICE for Joinder by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, KaVo Dental Technologies, LLC. (Govett, Brett) Modified on 9/7/2017 (nkl, ). (Entered: 08/23/2017) |
| 08/25/2017 | 184 | NOTICE of Attorney Appearance by Clyde Moody Siebman on behalf of Patterson Companies, Inc. (Siebman, Clyde) (Entered: 08/25/2017) |
| 08/25/2017 | 185 | NOTICE of Attorney Appearance by Stephanie Rene' Barnes on behalf of Patterson Companies, Inc. (Barnes, Stephanie) (Entered: 08/25/2017) |
| 08/28/2017 | 186 | SEALED REPLY to Response to Motion re 176 Emergency MOTION TO UNSEAL THE AMENDED COMPLAINT re 171 Sealed Document filed by Archer and White Sales, Inc.. (Attachments:<br># 1 Exhibit 1)(Baxter, Samuel) (Entered: 08/28/2017) |
| 08/29/2017 | 187 | MOTION to Dismiss *Plaintiff's Amended Complaint and Memorandum in Support* by Henry Schein, Inc.. (Attachments:<br># 1 Exhibit A,<br># 2 Text of Proposed Order)(Schuster, Paul) (Entered: 08/29/2017) |
| 08/29/2017 | 188 | MOTION to Dismiss by Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments:<br># 1 Exhibit 1,<br># 2 Exhibit Declaration of Liam Montgomery,<br># 3 Text of Proposed Order Proposed Order of Dental Co Defendants)(Govett, Brett) (Entered: 08/29/2017) |
| 08/29/2017 | 189 | SEALED MOTION *TO DISMISS PLAINTIFF'S AMENDED COMPLAINT* by Danaher Corporation. (Attachments:<br># 1 Exhibit 1,<br># 2 Exhibit 2,<br># 3 Exhibit 3,<br># 4 Exhibit 4,<br># 5 Exhibit Sealed Declaration of Liam Montgomery,<br># 6 Text of Proposed Order)(Govett, Brett) (Entered: 08/29/2017) |
| 08/29/2017 | 190 | NOTICE by Danaher Corporation re 189 SEALED MOTION *TO DISMISS PLAINTIFF'S AMENDED COMPLAINT* (Govett, Brett) (Entered: 08/29/2017) |
| 08/30/2017 | 191 | NOTICE of Attorney Appearance - Pro Hac Vice by Jay W. Schlosser on behalf of Patterson Companies, Inc.. Filing fee $ 100, receipt number 0540-6447161. (Schlosser, Jay) (Entered: 08/30/2017) |

| 08/30/2017 | 192 | NOTICE of Attorney Appearance - Pro Hac Vice by Scott M. Flaherty on behalf of Patterson Companies, Inc.. Filing fee $ 100, receipt number 0540-6447200. (Flaherty, Scott) (Entered: 08/30/2017) |
| 08/30/2017 | 193 | NOTICE of Attorney Appearance by Andrew Martin Buttaro on behalf of Henry Schein, Inc. (Buttaro, Andrew) (Entered: 08/30/2017) |
| 08/30/2017 | 194 | NOTICE of Attorney Appearance - Pro Hac Vice by Mark G. Schroeder on behalf of Patterson Companies, Inc.. Filing fee $ 100, receipt number 0540-6447754. (Schroeder, Mark) (Entered: 08/30/2017) |
| 08/30/2017 | 195 | NOTICE of Attorney Appearance - Pro Hac Vice by James J. Long on behalf of Patterson Companies, Inc.. Filing fee $ 100, receipt number 0540-6447829. (Long, James) (Entered: 08/30/2017) |
| 09/01/2017 | 196 | SEALED SUR-REPLY re 176 Emergency MOTION TO UNSEAL THE AMENDED COMPLAINT re 171 Sealed Document filed by Henry Schein, Inc.. (Schuster, Paul) (Entered: 09/01/2017) |
| 09/08/2017 | 197 | SEALED MOTION *TO COMPEL PRODUCTION OF DOCUMENTS* by Archer and White Sales, Inc.. (Attachments: # 1 Declaration of Phillip M. Aurentz, # 2 Exhibit A, # 3 Text of Proposed Order)(Aurentz, Phillip) (Entered: 09/08/2017) |
| 09/08/2017 | | NOTICE of TELEPHONIC Hearing on Motion 176 Emergency MOTION TO UNSEAL THE AMENDED COMPLAINT re 171 Sealed Document : TELEPHONIC Motion Hearing set for 9/13/2017 03:30 PM before Judge Rodney Gilstrap. ***The Court's telephone number is (903) 938-8452. The parties are to contact the Court AFTER all parties have joined the call. *Participants should use a landline phone connection. Cell phones are not to be used unless prior leave is granted by the Court, which leave will only be granted in exceptional circumstances.****(jml) (Entered: 09/08/2017) |
| 09/12/2017 | 198 | SEALED RESPONSE to Motion re 188 MOTION to Dismiss , 187 MOTION to Dismiss *Plaintiff's Amended Complaint and Memorandum in Support*, 189 SEALED MOTION *TO DISMISS PLAINTIFF'S AMENDED COMPLAINT* filed by Archer and White Sales, Inc.. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 09/12/2017) |
| 09/13/2017 | | Minute Entry for proceedings held before Judge Rodney Gilstrap: TELEPHONIC Motion Hearing held on 9/13/2017 re 176 Emergency MOTION TO UNSEAL THE AMENDED COMPLAINT re 171 Sealed Document filed by Archer and White Sales, Inc. The Court ruled on the Motion for the reasons set forth during the hearing. Messrs. DeArman, Cruciani, Aurentz, Govett, Pitt, Siebman, Schlosser, Schuster and Buttaro participated in the hearing. (Court Reporter Shelly Holmes, CSR-TCRR.) (jml) (Entered: 09/13/2017) |
| 09/14/2017 | 199 | MOTION to Amend/Correct 155 Scheduling Order, Terminate Motions,,,, by Archer and White Sales, Inc.. (Attachments: |

| | | # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 09/14/2017) |
|---|---|---|
| 09/15/2017 | 200 | MOTION to Amend/Correct 155 Scheduling Order, Terminate Motions,,,, by Patterson Companies, Inc.. (Attachments: # 1 Text of Proposed Order)(Siebman, Clyde) (Entered: 09/15/2017) |
| 09/15/2017 | 201 | NOTICE by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC re 200 MOTION to Amend/Correct 155 Scheduling Order, Terminate Motions,,,, , 199 MOTION to Amend/Correct 155 Scheduling Order, Terminate Motions,,,, *Manufacturer Defendants' Submission Regarding Plaintiff's and Patterson's Motions to Amend the Docket Control Order* (Govett, Brett) (Entered: 09/15/2017) |
| 09/15/2017 | 202 | ORDER granting-in-part 176 Motion to Unseal the Amended Complaint. Signed by Judge Rodney Gilstrap on 9/15/2017. (nkl, ) Modified on 9/19/2017 (nkl, ). (Entered: 09/15/2017) |
| 09/18/2017 | 203 | SUMMONS Returned Executed by Archer and White Sales, Inc.. Benco Dental Supply Co. served on 9/18/2017, answer due 10/9/2017. (nkl, ) (Entered: 09/18/2017) |
| 09/19/2017 | 204 | NOTICE of Attorney Appearance by Thomas John Ward on behalf of Benco Dental Supply Co. (Ward, Thomas) (Entered: 09/19/2017) |
| 09/19/2017 | 205 | NOTICE of Attorney Appearance by Claire Abernathy Henry on behalf of Benco Dental Supply Co. (Henry, Claire) (Entered: 09/19/2017) |
| 09/19/2017 | 206 | SEALED REPLY to Response to Motion re 188 MOTION to Dismiss filed by Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Govett, Brett) (Entered: 09/19/2017) |
| 09/19/2017 | 207 | REPLY to Response to Motion re 189 SEALED MOTION *TO DISMISS PLAINTIFF'S AMENDED COMPLAINT filed by Danaher Corporation.* (Govett, Brett) (Entered: 09/19/2017) |
| 09/19/2017 | 208 | REPLY to Response to Motion re 187 MOTION to Dismiss *Plaintiff's Amended Complaint and Memorandum in Support filed by Henry Schein, Inc..* (Attachments: # 1 Exhibit A)(Schuster, Paul) (Entered: 09/19/2017) |
| 09/20/2017 | 209 | RESPONSE in Opposition re 200 MOTION to Amend/Correct 155 Scheduling Order, Terminate Motions,,,, *filed by Archer and White Sales, Inc..* (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 09/20/2017) |
| 09/20/2017 | 210 | NOTICE of Attorney Appearance - Pro Hac Vice by Howard D Scher on behalf of Benco Dental Supply Co.. Filing fee $ 100, receipt number 0540-6473520. (Scher, Howard) (Entered: 09/20/2017) |
| 09/20/2017 | 211 | NOTICE of Attorney Appearance - Pro Hac Vice by Kenneth L Racowski on behalf of Benco Dental Supply Co.. Filing fee $ 100, receipt number 0540- |

| | | |
|---|---|---|
| | | 6473525. (Racowski, Kenneth) (Entered: 09/20/2017) |
| 09/20/2017 | 212 | NOTICE of Attorney Appearance - Pro Hac Vice by David Andrew Schumacher on behalf of Benco Dental Supply Co.. Filing fee $ 100, receipt number 0540-6473531. (Schumacher, David) (Entered: 09/20/2017) |
| 09/22/2017 | 213 | ***FILED IN ERROR***<br><br>SEALED RESPONSE to Motion re 197 SEALED MOTION *TO COMPEL PRODUCTION OF DOCUMENTS* filed by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit SEALED DECLARATION OF LIAM MONTGOMERY)(Govett, Brett) Modified on 9/25/2017 (ch, ). Modified on 9/25/2017 (ch, ). (Entered: 09/22/2017) |
| 09/22/2017 | 214 | SEALED RESPONSE to Motion re 197 SEALED MOTION *TO COMPEL PRODUCTION OF DOCUMENTS* filed by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit Sealed Declaration of Liam J. Montgomery)(Govett, Brett) (Entered: 09/22/2017) |
| 09/25/2017 | | NOTICE OF FILED IN ERROR PER ATTORNEY 213 submitted NO SIGNATURE AND NO CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL. Correction was made. (Entered: 09/25/2017) |
| 09/25/2017 | | ***FILED IN ERROR. PER ATTORNEY Document # 213, Sealed Oppostion. PLEASE IGNORE.***<br><br>(REFILED AT #214)(ch, ) (Entered: 09/25/2017) |
| 09/26/2017 | 215 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Benco Dental Supply Co..( Henry, Claire) (Entered: 09/26/2017) |
| 09/26/2017 | | Defendant's Unopposed FIRST Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV-12 for Benco Dental Supply Co. to 10/17/2017. 8 Days Granted for Deadline Extension.( ch, ) (Entered: 09/26/2017) |
| 09/26/2017 | 216 | SEALED SUR-REPLY to Response to Motion re 188 MOTION to Dismiss , 187 MOTION to Dismiss *Plaintiff's Amended Complaint and Memorandum in Support*, 189 SEALED MOTION *TO DISMISS PLAINTIFF'S AMENDED COMPLAINT* filed by Archer and White Sales, Inc.. (Baxter, Samuel) (Entered: 09/26/2017) |
| 09/26/2017 | 217 | Emergency MOTION for Hearing re 199 MOTION to Amend/Correct 155 Scheduling Order, Terminate Motions,,,, by Archer and White Sales, Inc.. (Attachments: |

| | | # 1 Text of Proposed Order)(DeArman, Travis) (Entered: 09/26/2017) |
|---|---|---|
| 09/28/2017 | 218 | ORDER finding as moot 217 Motion for Hearing. Signed by Judge Rodney Gilstrap on 9/28/2017. (nkl, ) (Entered: 09/28/2017) |
| 09/28/2017 | 219 | SECOND AMENDED DOCKET CONTROL ORDER - Pretrial Conference set for 1/8/2018 09:00 AM before Judge Rodney Gilstrap., Amended Pleadings due by 10/30/2017., Discovery due by 10/27/2017., Jury Selection set for 2/5/2018 09:00AM before Judge Rodney Gilstrap., Motions in Limine due by 12/22/2017., Proposed Pretrial Order due by 12/28/2017. Signed by Judge Rodney Gilstrap on 9/28/2017. (nkl, ) (Entered: 09/28/2017) |
| 09/29/2017 | 220 | SEALED Joint Submission on Disagreement Over the Redaction of the Amended Complaint (Schuster, Paul) (Entered: 09/29/2017) |
| 09/29/2017 | 221 | NOTICE of Discovery Disclosure by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC *Amended Initial Disclosures* (Govett, Brett) (Entered: 09/29/2017) |
| 10/02/2017 | 222 | CORPORATE DISCLOSURE STATEMENT filed by Benco Dental Supply Co. identifying Corporate Parent None for Benco Dental Supply Co.. (Ward, Thomas) (Entered: 10/02/2017) |
| 10/02/2017 | 223 | CORPORATE DISCLOSURE STATEMENT filed by Patterson Companies, Inc. (Siebman, Clyde) (Entered: 10/02/2017) |
| 10/03/2017 | 224 | NOTICE of Discovery Disclosure by Patterson Companies, Inc. *(Service Of Additional Disclosures)* (Siebman, Clyde) (Entered: 10/03/2017) |
| 10/04/2017 | 225 | ORDER re 220 Sealed Document. Signed by Judge Rodney Gilstrap on 10/03/2017. (nkl, ) (Entered: 10/04/2017) |
| 10/05/2017 | 226 | NOTICE of Discovery Disclosure by Patterson Companies, Inc. (Siebman, Clyde) (Entered: 10/05/2017) |
| 10/05/2017 | 227 | NOTICE of Attorney Appearance - Pro Hac Vice by Colin R. Kass on behalf of Henry Schein, Inc.. Filing fee $ 100, receipt number 0540-6495980. (Kass, Colin) (Entered: 10/05/2017) |
| 10/05/2017 | 228 | SEALED MOTION *TO COMPEL PATTERSON COMPANIES, INC. TO PRODUCE INVESTIGATION MATERIALS AND RESPOND TO INTERROGATORIES* by Archer and White Sales, Inc.. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 10/05/2017) |
| 10/05/2017 | 229 | Unopposed MOTION to Expedite *BRIEFING OF PLAINTIFF'S MOTION TO COMPEL PATTERSON COMPANIES, INC.TO PRODUCE INVESTIGATION MATERIALS AND RESPOND TO INTERROGATORIES [DKT. 228]* by Archer and White Sales, Inc.. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 10/05/2017) |
| 10/09/2017 | 230 | NOTICE of Attorney Appearance by Lauren Morgan Fincher on behalf of Henry Schein, Inc. (Fincher, Lauren) (Entered: 10/09/2017) |

| 10/09/2017 | [231](#) | SEALED MOTION *To Dismiss The Amended Complaint* by Patterson Companies, Inc.. (Attachments: # [1](#) Affidavit of Jay W. Schlosser, # [2](#) Exhibit 1, # [3](#) Text of Proposed Order)(Siebman, Clyde) (Entered: 10/09/2017) |
|---|---|---|
| 10/09/2017 | [232](#) | Emergency SEALED MOTION *TO COMPEL HENRY SCHEIN, INC. TO PRODUCE STANLEY BERGMAN AND MARK MLOTEK FOR DEPOSITIONS* by Archer and White Sales, Inc.. (Attachments: # [1](#) Declaration of Phillip M. Aurentz, # [2](#) Exhibit A, # [3](#) Text of Proposed Order)(Baxter, Samuel) (Entered: 10/09/2017) |
| 10/09/2017 | [233](#) | Unopposed MOTION to Expedite *BRIEFING ON PLAINTIFF'S EMERGENCY MOTION TO COMPEL HENRY SCHEIN, INC. TO PRODUCE STANLEY BERGMAN AND MARK MLOTEK FOR DEPOSITIONS* by Archer and White Sales, Inc.. (Attachments: # [1](#) Text of Proposed Order)(Baxter, Samuel) (Entered: 10/09/2017) |
| 10/09/2017 | [234](#) | ORDER granting [229](#) Motion to Expedite Briefing of Motion to Compel Patterson Companies, Inc. to Produce Investigation Documents and Respond to Interrogatories. Signed by Judge Rodney Gilstrap on 10/09/2017. (nkl, ) (Entered: 10/10/2017) |
| 10/10/2017 | [235](#) | NOTICE of Discovery Disclosure by Benco Dental Supply Co. (Scher, Howard) (Entered: 10/10/2017) |
| 10/10/2017 | [236](#) | NOTICE of Discovery Disclosure by Patterson Companies, Inc. *Regarding Service of Additional Disclosures* (Siebman, Clyde) (Entered: 10/10/2017) |
| 10/11/2017 | [237](#) | ORDER granting [233](#) Motion to Expedite Briefing of Plaintiff Archer and White Sales, Inc.s Emergency Motion to Compel Henry Schein, Inc. to Produce Stanley Bergman and Mark Mlotek for Depositions. Signed by Judge Rodney Gilstrap on 10/10/2017. (nkl, ) (Entered: 10/11/2017) |
| 10/11/2017 | [238](#) | **FILED IN ERROR** <br><br> Sealed Document. (Schuster, Paul) Modified on 10/12/2017 (nkl, ). (Entered: 10/11/2017) |
| 10/11/2017 | [239](#) | SEALED RESPONSE to Motion re [228](#) SEALED MOTION *TO COMPEL PATTERSON COMPANIES, INC. TO PRODUCE INVESTIGATION MATERIALS AND RESPOND TO INTERROGATORIES* filed by Patterson Companies, Inc.. (Attachments: # [1](#) Text of Proposed Order)(Siebman, Clyde) (Entered: 10/11/2017) |
| 10/12/2017 | | **\*\*\*FILED IN ERROR - please file in the correct format as a letter is not allowed on the docket as a main document. Document # 238, Sealed Document. PLEASE IGNORE.\*\*\*** <br><br> (nkl, ) (Entered: 10/12/2017) |

| 10/12/2017 | 240 | SEALED Letter Brief filed by Henry Schein, Inc.. (Attachments: # 1 Exhibit 1 - Letter Brief)(Schuster, Paul) (Entered: 10/12/2017) |
| 10/12/2017 | 241 | NOTICE of Attorney Appearance - Pro Hac Vice by Thomas Manning on behalf of Benco Dental Supply Co.. Filing fee $ 100, receipt number 0540-6504506. (Manning, Thomas) (Entered: 10/12/2017) |
| 10/12/2017 | 242 | Opposed MOTION re 116 Protective Order *Motion to Modify the Protective Order* by Danaher Corporation, Dental Equipment LLC, Dental Imaging Technologies, Corporation, Instrumentarium Dental Inc., KaVo Dental Technologies, LLC. (Attachments: # 1 Exhibit Declaration of Liam Montgomery, # 2 Text of Proposed Order)(Govett, Brett) (Entered: 10/12/2017) |
| 10/12/2017 | 243 | Sealed Document.NOTICE OF SUPPLEMENTAL AUTHORITY CONCERNING ARCHER'S MOTION TO COMPEL [DKT. 197] (Attachments: # 1 Exhibit 1)(Baxter, Samuel) (Entered: 10/12/2017) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/13/2017 09:58:07 | | |
| **PACER Login:** | Prosk0036:4786464:0 | **Client Code:** 36142/060/9664 |
| **Description:** | Docket Report | **Search Criteria:** 2:12-cv-00572-JRG |
| **Billable Pages:** | 30 | **Cost:** 3.00 |