**BEFORE THE**
**UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: Dental Supplies and Equipment Antitrust Litigation | MDL-____ |

**NOTICE OF MOTION AND BRIEF IN SUPPORT FOR**
**EXPEDITED CONSIDERATION OF MOTION TO TRANSFER**
**ACTION PURSUANT TO U.S.C. § 1407**

Pursuant to Rule 6.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Benco Dental Supply Company and Patterson Companies, Inc. ("Movants") respectfully submit this memorandum in support of their motion for expedited consideration regarding Movants' Motion for Transfer of Action to the Eastern District of New York Pursuant to 28 U.S.C. § 1407 for Coordinated Pretrial Proceedings.

**BACKGROUND**

In their Motion for Transfer, Movants have shown that the requirements of Section 1407 are demonstrably met here and that transfer of the Archer Action is appropriate and necessary to achieve the goals of Section 1407. The Archer Action is the single action in the Eastern District of Texas (Marshall Division) that Movants seek to transfer and centralize with 25 other actions in the Eastern District of New York. Movants seek expedited consideration of their Motion to Transfer because of significant fact and expert discovery that is proceeding at an expedited pace in the Archer Action but that overlaps with discovery in the New York Actions.

As explained in further detail in the Motion for Transfer, the New York Actions involve substantially the same factual and legal issues as in the Archer Action, and all the Related Actions allege an unlawful antirust conspiracy among Movants and Schein to fix prices of dental

1

products and to boycott rivals in violation of Section 1 of the Sherman Act.[1]  The first Related

Action in New York, the SourceOne Action, was filed in September 2015, and discovery in the

New York Actions has proceeded in coordinated fashion under the supervision of Judge Cogan

and Magistrate Judge Brown.

Movants were only recently named in the Archer Action for the first time.  Archer filed

its Amended Complaint on August 1, 2017, which added Benco and Patterson as defendants.

Because the Amended Complaint was filed under seal, Benco was not served until September 18,

2017 and Patterson was not served until August 23, 2017.  Fact discovery is ongoing at a rapid

pace, with over 30 depositions scheduled to be completed by October 27, 2017 and up to five

depositions per day in some cases.  And, more will likely be scheduled after this motion has been

filed.  Most, if not all, of the Benco and Patterson witnesses being deposed in the Archer Action

were deposed in the SourceOne Action and the Class Action in New York.

In the Archer Action, expert discovery started on Friday October 13, 2017 and

defendants' expert reports are due November 6, 2017.  Expert discovery is scheduled to close on

November 27, 2017, and the case is set for trial on February 8, 2018 (Dkt. 219).  Meanwhile,

expert discovery in the Class Action is ongoing and the parties are litigating summary judgment

and *Daubert* motions in the SourceOne Action—proceedings in the New York Actions that

involve overlapping issues with the Archer Action.  Those pending motions will require many

factual findings that overlap with the Archer Action.

In the Archer Action, Patterson has filed a motion to dismiss, and Benco's motion is due

October 17.  Both of these motions raise legal issues that overlap with those in the SourceOne

---

[1] All capitalized terms retain the meaning assigned in Movants' Motion to Transfer, unless otherwise
specified.

Action and the Class Action, and both motions concern the Archer Amended Complaint that parallels the complaint in the Class Action. *See* Motion to Transfer, Exhibit B.

## ARGUMENT

Movant's Motion for Transfer is well suited for "expedited consideration," as specified in Rule 6.3 of the JPML Rules. Expedited consideration will minimize any potential prejudice to the Movants and maximize the transferee judge's ability to actualize the goals of Section 1407 through a centralized pretrial program that protects against duplicative discovery and inconsistent rulings. Section 1407 was enacted to conserve judicial resources, promote efficiency, and reduce the risk of inconsistent rulings across the judiciary. *See Royster v. Food Lion (In re Food Lion)*, 73 F.3d 528, 531-32 (4th Cir. 1996); *In re Niaspan Antitrust Litig.*, 971 F. Supp. 2d 1346, 1347 (J.P.M.L. 2013); *In re Suboxone Antitrust Litig.*, 949 F. Supp. 2d 1365, 1366 (J.P.M.L. 2013). Achieving these ends in this litigation necessitates the relief that Movants herein request.

Trial in the Archer Action is set to begin February 5, 2018, and pre-trial disclosures are due on December 15, 2017—which is a mere two weeks *after* the Panel's next hearing date of November 30. And the parties are likely to begin trial preparation well in advance of that date. Without expedited consideration, Movants' Motion for Transfer may not even be eligible for a hearing date until 2018, and the Panel has not even published any 2018 hearing dates.

Additionally, Movants are scheduled to complete fact and expert discovery in the Archer Action before the Panel's next hearing. As a result, Movants will have unnecessarily expended attorney and expert fees on duplicative and overlapping efforts, and will have been subject to further risk of inconsistent rulings on factual and legal issues that are pending and will soon be adjudicated by Judge Cogan in the Eastern District of New York. Each day that the Archer

Action remains in the Eastern District of Texas materially increases the risk that the Panel, the Movants, the other defendants in the Archer Action, the overlapping third-parties, and the transferee judge will be unable to realize the benefits of Section 1407.

Movants' case presents the exact need for expedited consideration as in another case where the Panel granted such a motion. *See In re Welding Fume Products Liab. Litig.*, MDL No. 1535 (J.P.M.L. 2012). In that case, trial was set for November 27 by the transferee court. Plaintiffs filed a motion to remand their case on August 22, and therefore had to seek expedited consideration because they would otherwise have been forced to proceed to trial in a different venue than the one they would be in if the Panel granted their motion. *See* Motion for Miscellaneous Relief Expedited Hearing, *In re Welding Fume Products Litig.*, MDL No. 1535, Dkt. No. 378, Aug. 28, 2012 (J.P.M.L.); Minute Order, *In re Welding*, Dkt. No. 379, Aug. 29, 2012 (J.P.M.L.).  As a result, the Panel expedited the hearing and briefing schedule in order to rule on the movants' motion before their case advanced any further.  The same concern and need for expedited consideration exists here.   Without expedited briefing and consideration of Movants' Motion for Transfer, the Archer Action will advance through fact discovery and expert discovery, through dispositive motions, and enter into pre-trial proceedings—instead of proceeding in coordination with the 25 Related Actions before Judge Cogan in New York. Expedited consideration is therefore necessary to allow the Panel to rule on the Motion for Transfer before the Archer Action advances too far.

Consequently, Movants respectfully request the Panel enter an expedited briefing schedule requiring that responses be filed within one week.  Additionally, Movants respectfully request that the Panel:  (i) rule on the motion for transfer based on the pleadings and without oral argument; or (ii) if the Panel determines oral argument is needed, schedule the Motion for

Transfer for an expedited hearing date.

Dated:  October 16, 2017                          Respectfully submitted,

                                                 */s/* Howard D. Scher
                                                 Howard D. Scher
                                                 Kenneth L. Racowski
                                                 BUCHANAN INGERSOLL & ROONEY PC
                                                 Two Liberty Place, Suite 3200
                                                 50 South 16th Street
                                                 Philadelphia, PA 19102
                                                 (215) 665-8700
                                                 howard.scher@bipc.com
                                                 kenneth.racowski@bipc.com
                                                    -and-
                                                 T. John Ward
                                                 Claire Abernathy Henry
                                                 Ward, Smith & Hill, PLLC
                                                 1507 Bill Owens Parkway
                                                 Longview, TX 75604
                                                 (903) 757-6400
                                                 tjw@wsfirm.com
                                                 claire@wsfirm.com

                                                 ***Counsel for Defendant Benco Dental Supply
                                                 Company***

                                                 */s/* Clyde M. Siebman
                                                 Clyde M. Siebman
                                                 Stephanie Barnes
                                                 SIEBMAN, BURG, PHILLIPS & SMITH
                                                 LLP
                                                 300 North Travis Street
                                                 Sherman, TX 75090
                                                 (903) 870-0070
                                                 clydesiebman@siebman.com
                                                 stephaniebarnes@siebman.com
                                                    -and-
                                                 James J. Long
                                                 Mark G. Schroeder
                                                 Jay W. Schlosser
                                                 Scott M. Flaherty
                                                 BRIGGS AND MORGAN, P.A.
                                                 2200 IDS Center
                                                 80 South Eighth Street
                                                 Minneapolis, MN 55402

Tele:    (612) 977-8400
jlong@briggs.com
mschroeder@briggs.com
jschlosser@briggs.com
sflaherty@briggs.com

*Counsel For Defendant
Patterson Companies, Inc.*